IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| ANDREA D. WILLIAMS | ) | |
| | ) | Case No. 18-16866 |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

## NOTICE OF MOTION

TO: See Attached List

PLEASE TAKE NOTICE that on **Tuesday, March 26, 2024,** at **1:00 PM**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in her place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the United States Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee and to Reassign Case**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

        /s/ *Adam G. Brief*
        Adam G. Brief, Assistant U.S. Trustee
        OFFICE OF THE U.S. TRUSTEE
        219 S. Dearborn Street, Room 873
        Chicago, IL  60604
        adam.brief@usdoj.gov
        (202) 503-7104

# CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, certify that on March 13, 2024, I caused to be served copies of the **Notice, Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee and to Reassign Case, and Proposed Order** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

/s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Alex D Moglia**   amoglia@mogliaadvisors.com, IL31@ecfcbis.com
- **Thomas W Toolis**   twt@jtlawllc.com, lld@jtlawllc.com;reception@jtlawllc.com

**Parties Served via First Class Mail:**

**Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| ANDREA D. WILLIAMS | ) | |
| | ) | Case No. 18-16866 |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT
TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AND FOR AUTHORIZATION TO
<u>APPOINT A CHAPTER 7 TRUSTEE AND TO REASSIGN CASE</u>**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010, for authorization to appoint a chapter 7 trustee and to reassign case. In support of his motion, the U.S. Trustee respectfully states as follows:

<u>**JURISDICTION**</u>

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

1

## BACKGROUND

3. Andrea D. Williams commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 13, 2018.

4. Alex D. Moglia was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On July 21, 2018, the Chapter 7 Trustee filed a No Asset Report. [Dkt. 15] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5. More recently, the U.S. Trustee received notification that the Debtor has a predatory mortgage lending practices claim against a bank and has retained counsel for that matter.

6. Upon information and belief, the U.S. Trustee believes that any proceeds from the Debtor's claim may be property of the estate pursuant to 11 U.S.C. § 541(a).

7. Given that this case was originally assigned to Judge Lashonda A. Hunt, the U.S. Trustee requests that this case be reassigned to another Cook County judge, pursuant to Local Rules 1073-1 and 1073-3(B).

## RELIEF REQUESTED

8. The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

9. Section 350 of the Bankruptcy Code provides that:

   (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

   (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

   (c) Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

10. Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE,** the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) reassigning this case to a Cook County bankruptcy judge and for such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: March 13, 2024

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street
Chicago, IL  60604
adam.brief@usdoj.gov
(202) 503-7104

3