UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

Andrea D. Williams,

Debtor(s)

BK No.: 18-16866

Chapter: 7

Honorable Jacqueline P Cox

### ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CHAPTER 7 CASE AND TO AUTHORIZE THE APPOINTMENT OF A CHAPTER 7 TRUSTEE AND TO REASSIGN CASE

This matter having come before the Court pursuant to the U.S. Trustee's Motion for Order Reopening Chapter 7 Case, Authorizing the Appointment of a Chapter 7 Trustee and Reassigning Case ("Motion"), due notice having been given and no objections having been filed,

IT IS HEREBY ORDERED:

(1) The Motion is granted;

(2) This case is reopened;

(3) The U.S. Trustee is authorized to appoint a chapter 7 trustee to administer this case; and

(4) The Clerk of the Bankruptcy Court is directed to assign this case randomly to a judge hearing Cook County chapter 7 cases.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 26, 2024

**Prepared by:**

Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(202) 503-7104