**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ANDREA D. WILLIAMS, | ) Chapter 7 |
| | ) Case No. 18-16866 |
| | ) |
| | ) |
| Debtor | ) Judge Donald R. Cassling |
| | ) |

**NOTICE OF OBJECTION OF WELLS FARGO BANK, N.A. TO TRUSTEE'S MOTION**
**TO EMPLOY SPECIAL COUNSEL**

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys, Winston & Strawn LLP, hereby respectfully notifies the Court of its objection to the Trustee's motion to employ special counsel. In support of its objection, Wells Fargo submits an accompanying Objection of Wells Fargo Bank, N.A. to Trustee's Motion to Employ Special Counsel, incorporated herein.

Dated: June 11, 2024        Respectfully submitted,

/s/ Carrie V. Hardman
Carrie V. Hardman (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
T: 212-294-6700
F: 212-294-4700
E: chardman@winston.com

*Counsel to Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 11th day of June, 2024, the foregoing was filed electronically with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois, and was served by operation of that Court's electronic filing system, upon the following:

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, IL 60423
708-349-9333
Fax : 708-349-8333
Email: twt@jtlawllc.com
*Counsel for Debtor*

Thomas E. Springer
Springer Larsen Greene, LLC d/b/a Springer Brown
300 South County Farm Road, Suite G
Wheaton, IL 60187
630-510-0000
Fax : 630-510-0004
Email: tspringer@springerbrown.com
*Counsel for Trustee*

Adam G. Brief
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604
312-886-5785
Email: Adam.Brief@usdoj.gov
*Counsel for U.S. Trustee*

  The undersigned further certifies that on the 11th day of June, 2024, the foregoing was filed electronically with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois, and was served via U.S. Mail, upon the following:

Nick Wooten
DJC Law, PLCC
1012 West Anderson Lane
Austin, TX 78757
(512) 220-1800
nick@teamjustice.com

DJC Law, PLLC
140 South Dearborn St., Suite 1610

Chicago, Il 60603

*Special Counsel for Trustee*