Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Northern District of Illinois

In re ANDREA D. WILLIAMS

Debtor

Case No. 18-16866

Chapter 7

## NOTICE OF OBJECTION TO TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL

Wells Fargo Bank, N.A. has filed papers with the court to object to the chapter 7 trustee's motion to employ Special Counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to consider the objection, or if you want the court to consider your views on the objection, then on or before September 6, 2024, you or your attorney must:

File with the court a written request for a hearing *or, if the court requires a written response*, an answer, explaining your position at:

Hon. Donald R. Cassling
Attn: Clerk of the Court
Everett McKinley Dirksen United States Courthouse, Chambers 656
219 South Dearborn Street
Chicago, Illinois  60604

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Carrie V. Hardman
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
Counsel for Wells Fargo Bank, N.A.

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, Illinois  60423
Counsel for the Debtor

Thomas E. Springer
Springer Larsen Greene LLC d/b/a Springer Brown
300 South Country Farm Road, Suite G
Wheaton, Illinois  60187
Counsel for the Trustee

Adam G. Brief
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
Counsel for the U.S. Trustee

Nick Wooten
DJC Law, PLLC
Austin, Texas  78757

DJC Law, PLLC
140 South Dearborn Street, Ste. 1610
Chicago, Illinois  60603

Attend the hearing scheduled to be held on Tuesday, September 10, 2024, at 9:30 a.m. in Courtroom 619, United States Bankruptcy Court, Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or electronically as described below.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com.
Then enter the meeting ID and Passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**

The **meeting ID** for this hearing is **161 414 7941**

The **passcode** is **619**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 8/9/2024

Signature: /s/ *Carrie V. Hardman*

Name:    Carrie V. Hardman (admitted PHV)

Address: WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166