**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter:    7 |
| | ) | |
| | ) | Case No.    18-16866 |
| Andrea D. Williams | ) | |
| | ) | Judge:    Donald R. Cassling |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S OBJECTION TO WELLS FARGO BANK, N.A.'s OBJECTION TO TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL**

NOW COMES the Trustee, Alex D. Moglia, by and through his attorneys Thomas E. Springer and Springer Larsen, LLC and pursuant to Fourth Amended General Order 20-03, states:

1. The Trustee objects to the Objection of Wells Fargo Bank, N.A. to Trustee's Motion to Employ Special Counsel {Doc. Nos. 33,34 and 36}, and therefore requests that the matter be called for hearing on September 10, 2024.

/s/ Thomas E. Springer
Attorney for the trustee

Thomas E. Springer
Springer Larsen, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com