**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 7 |
| | ) | | |
| | ) | Case No. | 18-16866 |
| Andrea D. Williams | ) | | |
| | ) | Judge: | Donald R. Cassling |
| Debtor. | ) | | |

**NOTICE OF FILING OBJECTION**

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on September 6, 2024, I caused to be filed *Trustee's Notice of Objection to Wells Fargo Bank, N.A.'s Objection to Trustee's Motion to Employ Special Counsel,* a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

I, Thomas E. Springer, an attorney, certify that I served the foregoing documents to the parties set forth on the attached Service List by electronic service on or before 5:00 pm on September 6, 2024.

/s/ Thomas E. Springer
Thomas E. Springer

## SERVICE LIST

*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but not limited to:*

### ECF SERVICE LIST

Carrie V. Hardman
Winston & Strawn, LLP
200 Park Ave
New York, NY 10166
Counsel for
Wells Fargo Bank, N.A.
Counsel for Wells Fargo, N.A.

Thomas W. Toolis
Jahnke, Sullivan & Tools, LLC
10075 West Lincoln Highway
Frankfort, IL 60423
Counsel for the Debtor

Adam G. Brief
Office of the United Sates Trustee
219 S Dearborn, Room 873
Chicago, IL 60604
Counsel for the U.SA Trustee

Nick Wooten
DJC Law, PLLC
Austin, TX 78757

DJC Law, PLLC
140 S Dearborn Street, Ste. 1610
Chicago, IL 60603