## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ANDREA D. WILLIAMS, | ) Chapter 7 |
| | ) Case No. 18-16866 |
| | ) |
| | ) |
| Debtor | ) Judge Donald R. Cassling |
| | ) |

## NOTICE OF WELLS FARGO BANK, N.A. MOTION TO RECONSIDER ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

PLEASE TAKE NOTICE that on **October 1, 2024 at 9:30 a.m.**, I will appear on behalf of Wells Fargo Bank, N.A. ("Wells Fargo") before the Honorable Judge Donald R. Cassling, or any Judge sitting in his place, **either in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois  60604**, or **electronically** as described below, and present the attached *Wells Fargo's Motion to Reconsider Order Authorizing Employment of Special Counsel*.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com.

Then enter the meeting ID and Passcode.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**

The **meeting ID** for this hearing is **161 414 7941**

The **passcode** is **619**

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without calling it.

Dated: September 17, 2024                                  Respectfully submitted,

*/s/ Carrie V. Hardman*
Carrie V. Hardman (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
T: 212-294-6700
F: 212-294-4700
E: chardman@winston.com

*Counsel to Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 13th day of September, 2024, the foregoing was filed electronically with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois, and was served by operation of that Court's electronic filing system, upon the following:

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 West Lincoln Highway
Frankfort, IL 60423
708-349-9333
Fax : 708-349-8333
Email: twt@jtlawllc.com
*Counsel for Debtor*

Thomas E. Springer
Springer Larsen Greene, LLC d/b/a Springer Brown
300 South County Farm Road, Suite G
Wheaton, IL 60187
630-510-0000
Fax : 630-510-0004
Email: tspringer@springerbrown.com
*Counsel for Trustee*

Adam G. Brief
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604
312-886-5785
Email: Adam.Brief@usdoj.gov
*Counsel for U.S. Trustee*

      The undersigned further certifies that on the 13th day of September, 2024, the foregoing was filed electronically with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois, and was served via U.S. Mail, upon the following:

Nick Wooten
DJC Law, PLCC
1012 West Anderson Lane
Austin, TX 78757
(512) 220-1800
nick@teamjustice.com

DJC Law, PLLC
140 South Dearborn St., Suite 1610

Chicago, Il 60603

*Special Counsel for Trustee*

 

                        */s/ Michael Lavetter*
                        Michael Lavetter