IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>ANDREA D. WILLIAMS,<br><br>        Debtor,<br><br>. | Chapter 7<br>Case No. 18-16866<br><br>Judge Donald R. Cassling |

**DECLARATION OF CARRIE V. HARDMAN IN SUPPORT OF
WELLS FARGO BANK N.A.'S MOTION TO RECONSIDER
ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

I, Carrie V. Hardman, declare the following:

1. I am an attorney licensed to practice in the state of New York, have been admitted *pro hac vice* to practice in the Northern District of Illinois, and am a partner with Winston & Strawn LLP, and counsel to Wells Fargo Bank, N.A. (debtor indicates as "Wells Fargo Home Mortgage," hereafter "Wells Fargo") in the above-captioned matter. I am over eighteen years of age, and I have personal knowledge of the facts as stated in this declaration. If called to testify, I could testify competently thereto.

2. A true and correct copy of the August 12, 2024 hearing transcript for the status conference held in the action fashioned *Williams v. Wells Fargo Bank, N.A.*, Case No. 1:24-cv-02241 (N.D. Ill.) ("Action") is appended as **Exhibit 1**.

3. A true and correct copy of Wells Fargo's changotion to dismiss and strike the complaint filed May 1, 2024 in the Action is appended as **Exhibit 2**.

1

2

4.  A true and correct copy of Wells Fargo's memorandum of law in support of the motion to dismiss and strike the complaint filed May 1, 2024 in the Action is appended as **Exhibit 3**.

5.  A true and correct copy of the Debtor's opposition to Wells Fargo's motion to dismiss and strike the complaint filed on May 30, 2024 is appended as **Exhibit 4**.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: September 17, 2024<br>New York, New York | */s/ Carrie V. Hardman*<br>Carrie V. Hardman |

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANDREA D. WILLIAMS,<br><br>        Debtor,<br><br>. | Chapter 7<br>Case No. 18-16866<br><br>Judge Donald R. Cassling |

### **CERTIFICATE OF SERVICE**

I hereby certify that the *Declaration of Carrie V. Hardman in Support of Wells Fargo Bank N.A.'s Motion to Reconsider Order Authorizing Employment of Special Counsel*, filed through the CM/ECF system on September 17, 2024, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that a paper copy will be sent by mail to nonregistered participants.

                                                                */s/ Carrie V. Hardman*
                                                                 Carrie V. Hardman