# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREA D. WILLIAMS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:24-cv-02241 ) ) Hon. LaShonda A. Hunt |
| WELLS FARGO BANK, N.A., | ) ) ) |
| Defendant. | ) ) |

**WELLS FARGO'S COMBINED MOTION TO DISMISS AND MOTION TO STRIKE**

Pursuant to Rules 12(f) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, moves to strike time-barred allegations in the Complaint and moves to dismiss the Complaint. In support of its Motion, Wells Fargo submits an accompanying Memorandum of Law, incorporated herein.

After a meet and confer on April 29, 2024, Plaintiff confirmed that she opposes Wells Fargo's Combined Motion to Dismiss and Motion to Strike. Pursuant to this Court's procedures regarding opposed motions, the parties propose the following briefing schedule:

A. Plaintiff will file her response in opposition to the Motion no later than <u>May 31, 2024</u>.

B. Wells Fargo will file its reply in support of its Motion no later than <u>June 21, 2024</u>.

Dated: May 1, 2024                                    Respectfully submitted,

                                                      <u>/s/ Scott Ahmad</u>
                                                      Scott Ahmad
                                                      WINSTON & STRAWN LLP
                                                      35 W. Wacker Drive
                                                      Chicago, IL 60601-9703
                                                      T: 312.558.3197
                                                      F: 312.558.0325
                                                      sahmad@winston.com

                                                      *Attorneys for Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA D. WILLIAMS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:24-cv-02241 ) ) Hon. LaShonda A. Hunt |
| WELLS FARGO BANK, N.A., | ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on May 1, 2024 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper copy will be sent by mail to non-registered participants.

                                                                              */s/ Scott Ahmad*
                                                                              Scott Ahmad