**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: )<br>)<br>ANDREA D. WILLIAMS, )<br>)<br>Debtor, )<br>)<br>. )<br>)<br>) | Chapter 7<br>Case No. 18-16866<br><br>Judge Donald R. Cassling |

**[PROPOSED] ORDER MODIFYING DOCKET 30 ("ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL")**

This cause coming on to be heard on the Motion of Wells Fargo Bank, N.A. ("Wells Fargo") requesting that the Court modify its *Order Authorizing Employment of Special Counsel* (Dkt. 30) dated May 21, 2024, approving the motion (Dkt. 28) authorizing Alex D. Moglia, the chapter 7 trustee, to employ attorney Nick Wooten and the law firm of DJC Law, PLCC as special counsel;

IT IS HEREBY ORDERED:

That Court's *Order Authorizing Employment of Special Counsel* is reversed and instead the motion (Dkt. 28) authorizing Alex D. Moglia, the chapter 7 trustee, to employ attorney Nick Wooten and the law firm of DJC Law, PLCC as special counsel is denied.

Enter:

Date:                                                                          Honorable Donald R. Cassling
                                                                               United States Bankruptcy Judge

Prepared by:
Carrie V. Hardman (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
T: 212-294-6700
F: 212-294-4700
E: chardman@winston.com