IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 7 |
| | ) | | |
| | ) | Case No. | 18-16866 |
| Andrea D. Williams | ) | | |
| | ) | Judge: | Donald R. Cassling |
| Debtor. | ) | | |

### NOTICE OF TRUSTEE'S OBJECTION TO THE MOTION TO ALTER OR AMEND JUDGMENT/ORDER

NOW COMES the Trustee, Alex D. Moglia, by and through his attorneys Thomas E. Springer and Springer Larsen, LLC and pursuant to Fourth Amended General Order 20-03, states:

1. The Trustee objects to the Motion to Alter or Amend Judgment/Order {Doc. No. 39}, and therefore requests that the matter be called for hearing on October 1, 2024.

/s/ Thomas E. Springer
Attorney for the trustee

Thomas E. Springer
Springer Larsen, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com