**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| ANDREA D. WILLIAMS, | ) | Chapter: | 7 |
| | ) | Case No: | 18-16866 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R. Cassling |

### NOTICE OF TRUSTEE'S MOTION TO TERMINATE SPECIAL COUNSEL'S PRIOR LAW FIRM AND TO EMPLOY AND SUBSTITUTE SPECIAL COUNSEL'S CURRENT LAW FIRM

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT ON **December 10, 2024 at 10:00 a.m.,** I will appear before the **Honorable Judge Donald R. Cassling,** or any Judge sitting in that judge's place, **either in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604**, or **electronically** as described below, and present the attached *Trustee's Motion to Terminate Special Counsel's Prior Law Firm and to Employ and Substitute Special Counsel's Law Firm,* a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode

**Meeting ID and password**. The **meeting ID** for this hearing is **161 414 7941** and the password is **619**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ Thomas E. Springer<br>Attorney for Trustee

Thomas E. Springer
Springer Larsen, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

## **CERTIFICATE OF SERVICE**

I, Elaine Karch,

[  ] an attorney, certify

- or –

[ X ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on December 3, 2024, at 5:30 p.m.


<u>/s/ Elaine Karch</u>

**SERVICE LIST**

**VIA ECF SERVICE**
**All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but limited to:**


**VIA ECF SERVICE**

Office of the U.S. Trustee,
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Thomas W. Toolis
Debtor's Bankruptcy Counsel
Jahnke, Sullivan & Toolis, LLC
10075 W. Lincoln Hwy.
Frankfort, IL  60423

Wells Fargo Bank, N.A.
c/o Attorney Carrie Hardman
Winston & Strawn, LLP


**VIA REGULAR MAIL**

Andrea D. Williams
1430 Lynwood Court
Flossmoor, IL 60422

Nick Wooten
Cheeley Law Group, LLC
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009

DJC LAW, PLLC
c/o Andres Pereira
140 South Dearborn Street
Suite 1610
Chicago, IL 60603

Affirm Inc
Affirm Incorporated
Po Box 720
San Francisco, CA 94104

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 300001
Greenville, Tx 75403

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Carmax Auto Finance
Attn: Bankruptcy Department
Po Box 440609
Kennesaw, GA 30160

Cavalry Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

Cedar Financial
5230 Las Virgenes Road
Calabasas, CA 91302

Check Into Cash
POB 550
Cleveland TN 37311

Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125

Citibank/The Home Depot
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

CMRE Financial Services
Attn: Bankruptcy
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Comenity Bank/Carsons
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Crdt Union 1
200 E Champaign Ave

Rantoul, IL 61866

Crdt Union 1
450 E. 22nd St. Suite 250
Lombard, IL 60148

Dept of Ed / Navient
Attn: Claims Dept
Po Box 9635
Wilkes Barr, PA 18773

Dermatology Associates Ltd.
18425 West Creek Drive
Suite F
Tinley Park, IL 60477

Dr. Rita Oganwu
20303 Crawfor Avenue
Olympia Fields, IL 60461

Exeter Finance Corp
Po Box 166008
Irving, TX 75016

Experian
P.O. Box 9701
Allen, TX 75013-9701

Floss Dental Care
Dixie Highway
Homewood, IL 60430

Franciscan Alliance, Inc.
37621 Eagle Way
Chicago, IL 60678

Fundamental Property Management
2021 Midwest Road
Suite 200
Oak Brook, IL 60523

HARRIS & HARRIS, LTD.
111 W. Jackson Boulevard
Suite 400
Chicago, IL 60604

ICS Collection Service
PO Box 1010

Tinley Park, IL 60477

Joseph Beck MD
P.O. Box 1330
Matteson, IL 60443


Nordstrom FSB
Attn: Bankruptcy Department
Po Box 6555
Englewood, CO 80155

NTB/CBSD
Citi Corp Credit Services Centralized Ba
Po Box 20507
Kansas City, MO 64195

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Seventh Ave
Attn: Bankruptcy Dept
1112 7th Ave
Monroe, WI 53566


State Collection Service, Inc.
P.O. Box 6250
Madison, WI 53716

Syncb/hhgreg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Home Shopping
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Target
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440

The Swiss Colony
c/o Creditors Bankruptcy Service

P.O. Box 800849
Dallas, TX 75380


True Health Diagnostics
P.O. Box 205401
Dallas, TX 75320


US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116


Visa Dept Store National Bank/Macy's
Po Box 8218
Mason, OH 45040

Vision Financial Services
P.O. Box 1768
La Porte, IN 46352

Walden University
155 5th Avenue
Suite 100
Minneapolis, MN 55401

Wells Fargo Bank, N.A.
Attn: Bankruptcy
3476 Stateview Blvd
Fort Mill, SC 29715

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                      )
                                            )

| | | | |
|---|---|---|---|
| ANDREA D. WILLIAMS, | ) | Chapter: | 7 |
| | ) | Case No: | 18-16866 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R. Cassling |

# TRUSTEE'S MOTION TO TERMINATE SPECIAL COUNSEL'S PRIOR LAW FIRM AND TO EMPLOY AND SUBSTITUTE SPECIAL COUNSEL'S CURRENT LAW FIRM

**NOW COMES** Alex D. Moglia, Trustee, and for and as his Motion pursuant to Section 327(e) of Title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing him to employ Attorney Nick Wooten and the law firm of Cheeley Law Group, LLC as Special Counsel to the Trustee, respectfully represents as follows:

1. On June 13, 2018, the Debtor filed its petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") under 11 U.S.C. §101 et. seq.

2. Alex D. Moglia was appointed as Trustee and concluded the Creditor Meeting pursuant to section 341 of the Code with a filing of a no asset report and the case was closed on September 21, 2018.

3. On March 26, 2024, upon Notice and Hearing of Motion to re-open the case by U.S. Trustee, the Court granted re-opening of the case and Trustee Alex D. Moglia was appointed by the U.S. Trustee.

4. The Trustee was notified of a filed and pending claim and cause of action by the Debtor against Wells Fargo Bank, N.A. resulting from alleged pre-petition violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq (the "Claim" or "District Court Case")* through Attorney Nick Wooten and his law firm, DJC Law, PLCC. The Claim was filed and is pending before the United States District Court for the Northern District of Illinois (*case no*. 1:24 cv 02241).

5. Subsequently the Trustee sought and obtained on notice of Motion, this Court's Order on May 21, 2024 granting the employment of Attorney Wooten and his law firm of DJC Law, PLCC by the Trustee to serve as his Special Counsel in the prosecution of the claim her in that cause of action. [Dkt No. 30].

6. On September 17, 2024, Wells Fargo, N.A., through its counsel filed a Notice and Motion to Alter or Amend the Order of Employment of Special Counsel.

7. Subsequent to the objection filing, Mr. Wooten moved Law Firms and is no longer employed or affiliated with his prior law firm of DJC Law, PLCC. Trustee was informed of Mr. Wooten's departure from DJC Law and his affiliation with his new law firm of Cheeley Law Group, LLC.

8. The Trustee has confirmed his intent to continue employment of Mr. Wooten and substituting his new law firm, Cheeley Law Group, LLC and terminating the employment of Mr. Wooten's prior law firm of DJC Law, PLCC. The Trustee has communicated and confirmed his intentions with both Mr. Wooten and with Mr. Wooten's prior law firm, DJC Law, PLCC.

9. Mr. Wooten and the law firm of Cheeley Law Group, LLC will continue to provide services as Special Counsel to the Trustee through rendering and performing representation of the Trustee in the District Court claim as the Trustee carries out his duties as required under the Bankruptcy Code will include handling all phases of litigation necessary to fully prosecute the claim to satisfactory settlement or judgment as deemed appropriate upon advising the Trustee. Any settlement resolution is subject to final approval by this Court on hearing of motion by the Trustee.

10. As evidenced in the attached Affidavit pursuant to Fed Rule of Bankruptcy Procedure 2014, Attorney Nick Wooten and the law firm of Cheeley Law Group, LLC do not have any connection with the Debtor except for the prior representation of the Debtor referenced above in the filed District Court case. Mr. Wooten and Cheeley Law Group, LLC have

confirmed termination of any representation of the Debtor individually in either the District Court case or the Bankruptcy case. Mr. Wooten and Cheeley Law Group, LLC do not have any connection with the Bankruptcy Court, its creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee concerning the matters upon which they are to be employed. Because of his existing, extensive knowledge of the facts and issues, the Trustee believes it would be of benefit to the Estate to continue employment and retention of Mr. Wooten and the law firm of Cheeley Law Group, LLC. as special counsel for the above served purposes.

11.     Further, Attorney Nick Wooten and the law firm of Cheeley Law Group, LLC have not entered into any agreement or understanding with any person for the sharing of compensation to be received for professional services rendered as permitted under §504(b) of the Bankruptcy Code.

12.     Attorney Nick Wooten and the law firm of Cheeley Law Group, LLC have agreed to continue to represent the Trustee in this matter on a contingency basis, whereby proposed Special Counsel would be reimbursed all costs (out of any settlement or judgment) and retain up to 45% (forty-five percent) of the gross monies collected through settlement or judgment as compensation for services rendered, such compensation subject to final approval by this Court on motion by the Trustee in accordance with §330 of the Bankruptcy Code upon final execution of the judgment or concurrently with any application by the Trustee to this Court for approval of any proposed compromise and settlement.

**WHEREFORE**, the Trustee prays for the entry of an Order pursuant to §327(e) of the Bankruptcy Code authorizing and confirming the continued employment of Attorney Nick Wooten as Special Counsel to the Trustee, and to confirm termination of Mr. Wootens prior law

firm of DJC Law, PLCC and for substitution by Mr. Wooten's new law firm of Cheeley Law Group, LLC as Special Counsel's law firm for the reasons set forth herein and in accordance with the terms and conditions set forth in this Motion; and for any such other relief as is deemed just and equitable by this Court

DATE: December 3, 2024  Respectfully Submitted,

                                        Alex D. Moglia, Trustee
                                      BY: Springer Larsen, LLC

                              By:  /s/ Thomas E. Springer
                                    Thomas E. Springer
                                    One of His Attorneys

Thomas E. Springer
Springer Larsen, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com