STATE OF ILLINOIS )

COUNTY OF COOK )

## CONTINGENCY FEE EMPLOYMENT CONTRACT

1. The client, Alex Moglia, *not individually but as Chapter 7 Trustee for the Bankruptcy Estate of Andrea Williams*, case number 18-16866, ("Client") hereby retains and employs attorney Nicholas (Nick) Wooten and Cheeley Law Group, LLC, ("CLG") (collectively referred to as "Attorneys") to prosecute the Trustee's claims against Wells Fargo Bank, N.A. arising from a pre-petition cause of action in favor of the debtor, Andrea Williams, presently pending in United States District Court for the Northern District of Illinois, Eastern Division at case number 1:24-cv-02241.

2. The Client authorizes Attorneys to do everything that must be done to prosecute this case. This includes incurring expenses associated with prosecuting Client's case including the advancement of any monies necessary for the proper prosecution of this matter.

3. The Client understands that the Attorneys will advance all expenses associated with prosecuting Client's case.

4. Client will not be responsible for the payment of any expenses of this litigation unless the Attorneys obtain a recovery on behalf of Client.

5. If Attorneys make any recovery on behalf of Client, then the Attorneys will deduct all expenses incurred prosecuting the case from Client's portion of the recovery.

6. In addition to reimbursing the Attorneys' expenses incurred prosecuting the case, Client agrees to pay Attorneys a fee equal to 45% of the total amount recovered from any source and by any method (settlement or judgment) in the case. In no event shall Client's portion of the recovery be less than 50% of the total amount recovered on the claim.

7. The Client understands that their responsibility for the payment of fees and expenses is entirely contingent. If there is no recovery, then Client will owe Attorneys nothing.

8. Client understands and agrees that Attorneys will assert, where appropriate, certain consumer protection claims on Client's behalf which allow for a Court ordered award of attorney's fees and costs to a successful plaintiff. A Court award of attorney's fees and costs usually follows a successful trial and favorable verdict. If appropriate, Client authorizes Attorneys to seek an award of fees and costs from the Court. Fees and costs awarded shall be added to the gross amount recovered in the case and divided according to this contract.

9. Client acknowledges that Attorneys may be representing other individuals against the same defendant and authorizes such representation.

10. In the event of a recovery, because the Client is a bankruptcy trustee, the gross funds will be deposited with Client for processing subject to bankruptcy court procedure including the application for compensation to counsel of record for the Trustee.

11. Attorneys do not guarantee any results in any litigation. Attorneys only promise their best efforts to produce favorable results.

12. Attorneys do not offer tax advice. If you receive any settlement, please contact a tax attorney or accountant to discuss any tax liabilities for your settlement.

13. If the Client terminates Attorneys' representation during the case, then Client grants Attorneys an attorney's lien on the case, the cause of action, and any ultimate recovery or payment to Client. The amount of the attorneys' lien shall be equal to the actual time expended on Client's behalf multiplied by the prevailing hourly rates for all attorneys and paralegals working on Client's case as well as any expenses paid on Client's behalf. Client agrees that Attorneys shall have and are entitled to such a lien to protect their investment in this case.

Dated  12/3/24

_____
CLIENT'S SIGNATURE

Client's Name:   Alex Moglia, Chapter 7 Trustee

Accepted by: _Nick Wooten_____
For the Firm