**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | ) | | | |
| | ) | | | |
| ANDREA D. WILLIAMS, | ) | Chapter: | 7 | |
| | ) | Case No: | 18-16866 | |
| | ) | | | |
| Debtor. | ) | Judge: | Donald R. Cassling | |

**NOTICE OF TRUSTEE'S MOTION TO
EMPLOY ACOUNTANTS**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT ON **February 18, 2025 at 9:30 a.m.,** I will appear before the **Honorable Judge Donald R. Cassling,** or any Judge sitting in that judge's place, **either in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604**, or **electronically** as described below, and present the attached *Trustee's Motion to Employ Accountants,* a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode

**Meeting ID and password**. The **meeting ID** for this hearing is **161 414 7941** and the password is **619**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ Thomas E. Springer
Attorney for Trustee

Thomas E. Springer
Springer Larsen, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

## **CERTIFICATE OF SERVICE**

I, Adriana O'Loughlin,

[ ] an attorney, certify

- or –

[ X ] a non-attorney, declare under penalty of perjury under the laws of the United States of America.

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on February 11, 2025, at 5:30 p.m.

/s/ Adriana O'Loughlin

**SERVICE LIST**

*All parties entitled to ECF Notification through the U.S. Bankruptcy Court, Northern District of Illinois, including but not limited to:*

**ECF Service:**

Patrick S. Layng, Esq.
United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Adam G. Brief
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604
Adam.brief@usdoj.gov

Alex D Moglia, Trustee
Moglia Advisors
1325 Remington Rd, Ste. H
Schaumburg, IL 60173

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 W. Lincoln Hwy.
Frankfort, IL  60423

Nick Wooten
Cheeley Law Group, LLC

Wells Fargo Bank, N.A.
c/o Attorney Carrie Hardman
Winston & Strawn, LLP


**By U.S. Mail Service:**

Andrea D. Williams
1430 Lynwood Court
Flossmoor, IL 60422

Cheryl Wesler
Wesler & Associates, CPA
6523 Stadium Dr
Kalamazoo, MI 49019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| ANDREA D. WILLIAMS, | ) | Chapter: | 7 |
| | ) | Case No: | 18-16866 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R. Cassling |

### TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

NOW COMES the Trustee, Alex D. Moglia, (herein the "Trustee"), by and through his attorneys, SPRINGER LARSEN, LLC, and moves this honorable Court pursuant to 11 U.S.C. §327 and Federal Rules of Bankruptcy Procedure ("FRBP") 2014 for authority to retain Cheryl Wesler and Wesler & Associates CPA as Trustee's accountants, and in support thereof respectfully states as follows:

1. On June 13, 2018, the Debtor filed her petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") under 11 U.S.C. §101 et. seq.

2. Alex D. Moglia was appointed as Trustee and concluded the Creditor Meeting pursuant to section 341 of the Code with a filing of a Finding of No Asset report and the case was closed on September 21, 2018.

3. On March 26, 2024, upon Notice and Hearing of Motion to re-open the case by U.S. Trustee, the Court granted re-opening of the case and Trustee Alex D. Moglia was appointed by the U.S. Trustee.

4. The sole asset of the Chapter 7 Estate being administered by the Trustee is a cause of action by the Debtor against Wells Fargo Bank, N.A. which is filed and pending before the United States District Court for the Northern District of Illinois.

5. The Trustee has been advised that any monetary receipt resulting from the District Court action through either settlement or award is likely to be a taxable event to the Chapter 7 Estate.

6. Accordingly, the Trustee requires the assistance of an accountant to perform the following duties:

    a. Preparation of all necessary Corporate and Bankruptcy related income tax returns for the estate.

    b. Analyzing Estate tax ramifications related to possible sale of assets.

    c. Advising the Trustee as necessary for the proper accounting administration and closing of the Estate.

7. The Trustee has selected Cheryl Wesler, Wesler & Associates CPA, Certified Public Accountants, as his accountants in this case. Applicant believes that Wesler & Associates CPA has the appropriate accounting skills and personnel to perform the accounting services needed by this estate. They have previously been employed as accountants for other Bankruptcy Trustees and have extensive experience and expertise in performing this type of service.

8. Wesler & Associates CPA has agreed to accept as their fee such amount as determined by the Court. It is contemplated that Cheryl Wesler and the firm of Wesler & Associates CPA will seek compensation based upon normal and usual hourly billing rates, and that they will seek compensation as permitted by 11 U.S.C. §328.

9. Attached hereto is the Declaration of Cheryl Wesler supporting Applicant's conclusion that Cheryl Wesler and the firm of Wesler & Associates CPA are disinterested parties within the meaning of FRBP 2014.

WHEREFORE the Trustee prays that he be authorized to retain Cheryl Wesler and the firm of Wesler & Associates CPA, Certified Public Accountants, as his accountant herein, with compensation to be paid as an administrative expense in such amounts as this Court may determine and allow upon further application.

                                              Respectfully submitted,
                                              Alex D. Moglia, Trustee


                                        By:     /s/ Thomas E. Springer
                                                    One of his attorneys


Thomas E. Springer
SPRINGER LARSEN, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com