Form G5 (20260303)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  18-16866 |
| | ) | |
| ANDREA D. WILLIAMS | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH WELLS FARGO BANK, N.A. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

This cause coming to be heard on the Motion of the Trustee, Alex D. Moglia, (herein "Trustee") to approve settlement with Wells Fargo Bank, N.A. (herein "Wells Fargo"), pursuant to section 704 of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019, due and proper notice having been given to all parties in interest and creditors of the bankruptcy estate, the Court having reviewed the Motion and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Motion to Approve the Settlement is GRANTED;
2. Pursuant to the terms of the Settlement Agreement, within five days of receipt of the Settlement Payment, the Trustee will move to dismiss with prejudice Alex Moglia, as Chapter 7 Trustee in the Bankruptcy Estate of Andrea Williams Case No. 18-16866 v. Wells Fargo Bank, N.A. (Case No. 24-cv-002241, N.D. Ill).

Enter:

Daniel R. Fine
United States Bankruptcy Judge

Dated:  June 2, 2026

**Prepared by:**

Thomas E. Springer
SPRINGER LARSEN, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630)510-0000
tspringer@springerbrown.com