## Cheeley Law Group - Williams Expense Ledger

Register: 130 - Advanced Client Costs:24-7091 - Williams, Andrea v WF
From 11/11/2024 through 04/06/2026 | Sorted by: Date, Type, Number/Ref

| Date | Ref. | Payee | Account | Memo | Decrease | C | Increase | Balance | Balance Check |
|------|------|-------|---------|------|----------|---|----------|---------|---------------|
| 11/11/2024 | 2756 | Linnea B. Pedelty | 100A - Operating Acct ... | Inv No: 10/17/2024- Williams Case Expenses for Contract Paralegal | | | $1,588.30 | $1,588.30 | OK |
| 12/04/2024 | 2776 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams Case Expenses for Contract Paralegal | | | $194.94 | $1,783.24 | OK |
| 12/06/2024 | TR-94979 | DJC Law | 113 - TPB LOC 0904 [...] | CLG pd DJC Laws case expenses | | | $7,441.71 | $9,224.95 | OK |
| 12/13/2024 | | International Litigation Services (ESI Vendor) | 315A - American Expr... | Inv No: 16841 | | | $107.10 | $9,332.05 | OK |
| 12/31/2024 | | Delta Air Lines | 315A - American Expr... | Nick-ATL to ORD Williams | | | $441.57 | $9,773.62 | OK |
| 01/08/2025 | | ATLANTA AIRPORT PARKING | 315A - American Expr... | Nick - Parking ... | | | $37.00 | $9,810.62 | OK |
| 01/08/2025 | | Kimpton Gray Hotel | 315A - American Expr... | Nick-Williams Hearing. | | | $298.10 | $10,108.72 | OK |
| 01/08/2025 | | Taher-Dirksen Cafe | 315A - American Expr... | Nick-Breakfast Williams Hearing. | | | $8.36 | $10,117.08 | OK |
| 01/08/2025 | 2803 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | | | $71.37 | $10,188.45 | OK |
| 01/10/2025 | | Delta Air Lines | 315A - American Expr... | Nick-ATL to ORD Williams | | | $1,036.96 | $11,225.41 | OK |
| 01/21/2025 | | Fed EX | 305 - Visa - TPB | Ref#47985489... | | | $57.58 | $11,282.99 | OK |
| 01/29/2025 | | Delta Air Lines | 315A - American Expr... | Flight Change Williams | | | $868.01 | $12,151.00 | OK |
| 01/29/2025 | | Uber | 315A - American Expr... | CHI to ORD | | | $98.29 | $12,249.29 | OK |
| 01/29/2025 | 2825 | Perscribo Reporting,... | 100A - Operating Acct ... | Inv No:202500 - Transcript from Judge Perry Hearing. | | | $31.90 | $12,281.19 | OK |
| 01/30/2025 | | Kimpton Gray Hotel | 315A - American Expr... | Nick-Williams ... | | | $480.31 | $12,761.50 | OK |
| 01/30/2025 | | Taher-Dirksen Cafe | 315A - American Expr... | Nick-Breakfast Williams. | | | $23.03 | $12,784.53 | OK |
| 01/31/2025 | | ATLANTA AIRPORT PARKING. | 315A - American Expr... | Nick - Parking ... | | | $108.00 | $12,892.53 | OK |
| 01/31/2025 | | Kimpton Gray Hotel | 315A - American Expr... | Nick-Williams ... | | | $530.96 | $13,423.49 | OK |
| 01/31/2025 | | The Village | 315A - American Expr... | Nick Dinner Williams | | | $129.77 | $13,553.26 | OK |
| 01/31/2025 | | Uber | 315A - American Expr... | Nick CHI to ORD Tip | | | $20.47 | $13,573.73 | OK |
| 01/31/2025 | | Uber | 315A - American Expr... | Nick CHI to ORD TRANS | | | $102.35 | $13,676.08 | OK |
| 01/31/2025 | | Delta Air Lines | 315A - American Expr... | Nick - Delta refund partial. | $458.99 | | | $13,217.09 | OK |
| 02/05/2025 | 2835 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | | | $519.40 | $13,736.49 | OK |
| 02/05/2025 | 2835 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | | | $424.60 | $14,161.09 | OK |
| 02/26/2025 | 2854 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | | | $285.00 | $14,446.09 | OK |
| 02/27/2025 | 2865 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Inv No:17138 ... | | | $71.40 | $14,517.49 | OK |
| 04/09/2025 | 2905 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Inv No:17705 ... | | | $35.70 | $14,553.19 | OK |

| Summary | |
|---------|---|
| Total Records | 41 |
| Total Decreases | $458.99 |
| Total Increases | $18,201.32 |
| Ending Balance | $17,742.33 |
| | |
| Report Date | 4/6/2026 4:02 PM |
| | |
| Source Pages | 2 |

Williams Expenses001

| Date | Ref | Payee | Account | Description | Amount | Balance | |
|------|-----|-------|---------|-------------|--------|---------|---|
| 04/09/2025 | 2916 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | $853.50 | $15,406.69 | OK |
| 04/30/2025 | 2934 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Inv No:17972 -... | $35.70 | $15,442.39 | OK |
| 05/07/2025 | 2945 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | $487.15 | $15,929.54 | OK |
| 06/18/2025 | 3000 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Inv No:18288 -... | $35.70 | $15,965.24 | OK |
| 06/25/2025 | 3007 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Williams v WF... | $35.70 | $16,000.94 | OK |
| 07/02/2025 | 3013 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | $692.65 | $16,693.59 | OK |
| 08/06/2025 | 3045 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Williams v WF... | $34.02 | $16,727.61 | OK |
| 08/20/2025 | 3067 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Williams v WF... | $35.70 | $16,763.31 | OK |
| 09/24/2025 | 3102 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Williams v WF... | $35.70 | $16,799.01 | OK |
| 10/09/2025 | 3119 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | $457.50 | $17,256.51 | OK |
| 11/05/2025 | 3150 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | $52.50 | $17,309.01 | OK |
| 12/17/2025 | 3210 | Linnea B. Pedelty | 100A - Operating Acct ... | Williams case expenses for contract paralegal costs. | $292.20 | $17,601.21 | OK |
| 12/17/2025 | 3212 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Williams v WF... | $105.42 | $17,706.63 | OK |
| 01/14/2026 | 3235 | International Litigation Services (ESI Vendor) | 100A - Operating Acct ... | Inv No:20642 (... | $35.70 | $17,742.33 | OK |

CK# 2756
11/11/2024

# Linnea B. Pedelty
Certified Paralegal
13407 Lochmoor Circle
Bellevue, NE 68123

Invoice 10/17/2024

|  |  | Hours | Expense Entered in FV |
|---|---|---|---|
| **Moglia (Williams) v. WF** | | | |
| 09/25/2024 | Work on first written discovery requests to WF | 5.37 | 268.50 |
| 09/25/2024 | Pull pleadings filed in BK case; email same to NHW, update FV | .15 | 7.50 |
| 09/26/2024 | Work on first written discovery requests to WF | 3.00 | 150.00 |
| 09/27/2024 | Work on first written discovery requests to WF; email same to NHW; save to FV | 5.28 | 264.00 |
| 09/30/2024 | Review WF's proposed Protective Order and Confidentiality Order; email to NHW re: same | .75 | 37.50 |
| 10/01/2024 | Finalize First Rogs and RFPs to WF with NHW edits; serve WF by emailing same to OC | 1.00 | 50.00 |
| 10/01/2024 | Pull BK filing re: continued hearing on Motion to Amend/Modify Order | .20 | 10.00 |
| 10/02/2024 | Emails from NHW re: discovery requests from WF, subpoena for RFPs to Andrea, Andrea's med records for production pursuant to Protective Order; updates to produced docs, supplement to disclosures, update FV, emails to NHW responding to his emails | 1.67 | 83.50 |
| 10/08/2024 | Work on Plaintiff's responses to Discovery served by WF | 2.90 | 145.00 |
| 10/15/2024 | Work on Plaintiff's responses to Discovery served by WF | 5.83 | 291.50 |
| 10/16/2024 | Work on Plaintiff's responses to Discovery served by WF | 1.42 | 71.00 |
| 10/17/2024 | Finish Plaintiff's responses to Discovery served by WF; detailed email with drafts to NHW | 4.00 | 200.00 |
| *PACER BK (LBP) ($9.80)* | | | 9.80 |
| **TOTAL MOGLIA (WILLIAMS) (entered 10/17/2024)** | | **31.57** | **1,578.50 +9.80** |

1588 30

Williams Expenses003

*3.25 × 50⁰⁰ 16250*
*CK# 2776 12/4/2024*
*162.50 + 32.44 =*
*194.94*

**Linnea B. Pedelty**
**Certified Paralegal**
13407 Lochmoor Circle
Bellevue, NE 68123

**Moglia v. Wells Fargo**

| | | |
|---|---|---|
| 11/18/2024 | TC with NHW re: case | .75 |
| 11/21/2024 | Draft Supplemental Affidavit pursuant to FRBP 2014; email same to NHW | 1.00 |
| 11/22/2024 | Review draft of joint report re: WF's Motion to stay; email to NHW re: same | .50 |
| 11/26/2024 | Email to D&E Reporting re: 11/19/2024 transcript in BK case; order and pay for transcript; circulate copy to NHW and RAP | .50 |
| | D&E REPORTING cost of Transcript = $32.44 paid by LBP | |
| 11/27/2024 | Finalize and efile Joint Report re WF's Motion to Stay | .50 |
| | **TOTAL MOGLIA** | **3.25** |

3

Williams Expenses004

**Client: Williams, A {12046124} Type: All transactions Status: All statuses Delivery Method: Any Date: All**

| Date | Type | Client | Memo | Amount |
|------|------|--------|------|--------|
| 02/22/2024 | Billable Expense Charge | Williams, A {12046124} | Linnea Pedelty - Processional Services Rendered 01/22/2024 - 02/20/2024 with no markup | $ 3,517.00 |
| 08/05/2024 | Billable Expense Charge | Williams, A {12046124} | Southwest Airlines DALLAS TX XXXX-XXXXXX-X2642 with no markup | $ 608.98 |
| 08/13/2024 | Billable Expense Charge | Williams, A {12046124} | HYATT CENTRIC THE LOCHICAGO IL XXXX-XXXXXX-X2642 with no markup | $ 583.42 |
| 08/06/2024 | Billable Expense Charge | Williams, A {12046124} | Southwest Airlines DALLAS TX XXXX-XXXXXX-X2642 with no markup | $ 513.98 |
| 08/06/2024 | Billable Expense Charge | Williams, A {12046124} | Travel: Airfare:SOUTHWEST AIRLINES with no markup | $ 498.98 |
| 08/13/2024 | Billable Expense Charge | Williams, A {12046124} | Travel: Lodging:HYATT CENTRIC THE LOOP with no markup | $ 489.00 |
| 03/19/2024 | Billable Expense Charge | Williams, A {12046124} | COURTS/USDC-IL-N CHICAGO IL XXXX-XXXXXX-X2642 with no markup | $ 405.00 |
| 08/06/2024 | Billable Expense Charge | Williams, A {12046124} | Travel: Airfare:SOUTHWEST AIRLINES with no markup | $ 403.98 |
| 03/22/2024 | Billable Expense Charge | Williams, A {12046124} | NATIONWIDE-INVESTIGACHICAGO IL XXXX-XXXXXX-X2642 with no markup | $ 125.00 |
| 08/13/2024 | Billable Expense Charge | Williams, A {12046124} | X1280 - AUSTIN-BERGSAUSTIN TX XXXX-XXXXXX-X2642 with no markup | $ 94.00 |
| 08/11/2024 | Billable Expense Charge | Williams, A {12046124} | Uber Trip help.uber.com CA XXXX-XXXXXX-X2642 with no markup | $ 76.02 |
| 10/03/2024 | Billable Expense Charge | Williams, A {12046124} | Professional Services rendered August 2024 - Andrea Williams with no markup | $ 35.70 |
| 09/25/2024 | Billable Expense Charge | Williams, A {12046124} | Professional Services rendered June 2024 - Andrea Williams with no markup | $ 35.70 |
| 08/23/2024 | Billable Expense Charge | Williams, A {12046124} | Professional Services rendered July 2024 - Andrea Williams with no markup | $ 35.70 |
| 08/05/2024 | Billable Expense Charge | Williams, A {12046124} | ALLIANZ TRAVEL INS RICHMOND VA XXXX-XXXXXX-X2642 with no markup | $ 19.25 |
| | | | | $7,441.71 |

Williams Expenses005

**From:** Andres Pereira <apereira@teamjustice.com>
**Sent:** Friday, November 22, 2024 1:53 PM
**To:** Nick Wooten <Nick@cheeleylawgroup.com>
**Cc:** danjchristensen@gmail.com <danjchristensen@gmail.com>; David Riley <driley@teamjustice.com>; Bassam Alallaw <Bassam@teamjustice.com>;
WilliamsAndreavWellsFargoBankNAZ12046124@djclaw.filevineapp.com <WilliamsAndreavWellsFargoBankNAZ12046124@djclaw.filevineapp.com>;
BarryWyattWootenZ11762307@djclaw.filevineapp.com <BarryWyattWootenZ11762307@djclaw.filevineapp.com>
**Subject:** Wooten v. Ford Case Expenses and Atty Fee Lien and Williams v. Wells Fargo Case Expenses and Atty Fee Lien

Dear Nick:

Per your request, see attached ledgers showing the case expenses we have in the two matters as of today's date, and our W9. Bob is welcome to reimburse DJC Law for these expenses by cashier's check to "DJC Law PLLC" at the address below.

The case expenses to date in Wooten v. Ford are $298,731.49. The case expenses to date in Williams v. Wells are $7,441.71. The total due to date is $306,173.20.

In communicating this to him, ensure that Bob is informed and understands that we are owed more than just these expenses back. Bob also owes us for the agreed attorney fee interests in the matters, for which we have filed Notices of Lien. Copies are attached. A payment by Bob of only the DJC Law case expenses will not waive, diminish, or affect in any way Bob's obligation to pay DJC Law for DJC Laws' attorney quantum meruit, contract or contingent fee interests from any recoveries, which will remain owed by Bob and covered by the Liens.

Regarding your request for documentation, attached are the ledgers as you requested. If there is a successful recovery for which a client would like to see the supporting documentation to substantiate their costs, we will be pleased to provide such documentation at that time upon request.

Nothing in this communication is intended to create a binding agreement either by its communication or through any acceptance of it and does not waive any of our rights and privileges. All our rights and privileges are reserved, including our lien enforcement rights and privileges both exercised and future. If you have any questions, please let me know.

Yours,

Andres

Andres Pereira
*Attorney*
**DJC LAW**, PLLC
1012 W Anderson Ln.
Austin, Texas 78757
(512) 220-1800
(512) 220-1801 FAX

16

Williams Expenses006

**Cathy Lane**

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Friday, December 13, 2024 2:12 PM |
| **To:** | Robin Boggs; Cathy Lane; Bob Cheeley |
| **Subject:** | Expense for Williams (Moglia) v Wells Fargo |
| **Attachments:** | Receipt 16841_241213_130839.pdf |

*24 - 7091*

Here's an invoice for ILS costs I paid with the credit card.

Thanks

Nick



Payment receipt

# You paid $107.10

to International Litigation Services, LLC on 12/13/2024

| | |
|---|---|
| Invoice no. | 16841 |
| Invoice amount | $107.10 |
| Total | $107.10 |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0232863599 |

Thank you



**International Litigation Services, LLC**

+18883134457

jchapman@ilsteam.com

17744 Sky Park Cir Ste 270, Irvine, CA 92614

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

Williams Expenses007

12/31/24   DELTA AIR LINES

DELTA AIR LINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| ATLANTA HARTSFIELD | CHICAGO O'HARE INT | DL | L |
| | ATLANTA HARTSFIELD | DL | K |

Ticket Number: 00622933498390
Passenger Name: WOOTEN/NICHOLAS
Document Type: PASSENGER TICKET

Date of Departure: 01/07

Williams Expenses008

## Cathy Lane

**From:** Nick Wooten
**Sent:** Saturday, January 11, 2025 5:23 PM
**To:** Robin Boggs; Cathy Lane
**Subject:** Receipt
**Attachments:** 20250111_172132.jpg

$37°°

Robin and Cathy,

This is my parking receipt from my trip to Chicago for Williams v Wells Fargo.

Thanks

Nick

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

Williams Expenses009

**Cathy Lane**

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Thursday, January 9, 2025 9:39 AM |
| **To:** | Robin Boggs; Cathy Lane |
| **Subject:** | Fw: Thank you for staying at The Gray Hotel! |
| **Attachments:** | gry_folio18221992.pdf |

Robin and Cathy,

This is the bill for the hotel stay for my trip to Chicago this week. This is a case expense for the Williams v. Wells Fargo case.

Thanks,

Nick



Cheeley Law Group, LLC

**Nick Wooten**

— Attorney

nick@cheeleylawgroup.com

Office: 770-814-7001

Fax: 678-559-0273

2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009

1

Williams Expenses010

KIMPTON

*the*

# GRAY

**Nicholasheath Wooten**
**2500 Old Milton Parkway  Suite 200**
**Alpharetta GA 30009**
**United States**

| | |
|---|---|
| **Room** | 0522 |
| **Arrival** | 01-07-25 |
| **Departure** | 01-08-25 |
| **Folio** | 67226 |
| **Cashier** | 70 |
| **Page** | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-07-25 | *Accommodation | 228.92 | |
| 01-07-25 | State Occupancy Tax 11.9% | 27.24 | |
| 01-07-25 | City Occupancy Tax 4.5% | 10.30 | |
| 01-07-25 | County Occupancy Tax 1% | 2.29 | |
| 01-07-25 | Guest Amenity Fee | 25.00 | |
| 01-07-25 | Occupancy Tax 17.4% | 4.35 | |
| 01-08-25 | American Express | | 298.10 |
| | XXXXXXXXXXXX1021 XX/XX | | |

| | | |
|---|---|---|
| **Total Charges** | 298.10 | |
| **Total Credits** | | 298.10 |
| **Balance** | | 0.00 |

Thank you for staying with us at The Kimpton Gray Hotel!

122 W Monroe Street, Chicago, IL 60603
Phone: 312.750.9012
www.grayhotelchicago.com

Williams Expenses011

**Cathy Lane**

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Thursday, January 9, 2025 4:15 AM |
| **To:** | Cathy Lane; Robin Boggs |
| **Subject:** | Receipt for Williams v. Wells Fargo |
| **Attachments:** | TAHER-DIRKSEN CAFE _ Online Receipt.pdf |

*24-7091*

Cathy and Robin,

This is a receipt for my breakfast at the Federal Courthouse in Chicago for the Williams v. Wells Fargo case that I charged to the Firm Amex.

Thanks,

Nick



Cheeley Law Group, LLC
**Nick Wooten**
— Attorney
✉ nick@cheeleylawgroup.com
☎ Office: 770-814-7001
🖨 Fax: 678-559-0273
📍 2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009



TAHER-DIRKSEN CAFE

FOLLOWING

219 SOUTH DEARBORN ST
CHICAGO, IL 60604
+1 952-345-2895

| | |
|---|---|
| Coffee 20 oz | $3.49 |
| Yogurt Parfait Cup | $3.99 |
| Subtotal | $7.48 |
| Illinois Sales Tax  11.75% | $0.88 |
| **Total** | **$8.36** |

AMERICAN EXPRESS 1021
Cashier: Juana                $8.36

January 08, 2025 • 9:14 am
Payment ID: C238M47ZD1BF2

Order ID: H0KP1QYZC0VMP
Order Employee: Juana

Hide Details

Card: AMERICAN EXPRESS 1021
January 08, 2025, 9:14 AM
Method: CONTACTLESS
Auth ID: 821522
Reference ID: 500800986728
Authorizing Network: AMEX
AID: A000000025010801

View the Privacy Policies for Clover

Williams Expenses012

# Linnea B. Pedelty
**Certified Paralegal**
13407 Lochmoor Circle
Bellevue, NE 68123

| CASE | HOURS | AMOUNT BILLED |
|---|---|---|

**Moglia (Williams) v. Wells Fargo** *24-2091*

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/23/2024 | Emails with NHW and RAP re: DJC's NOM on Motion to Intervene (set for 12/30/2024), and Judge Perry's Webpage re: initial Status Report for Reassigned Case; started draft per NHW, Judge Perry entered ME ruling on Motions to Intervene and WF's Motion to stay; ISR not necessary now | 1.00 | |
| 12/27/2024 | Per NHW – purchase transcript of 12/10/2024 hrg in BK Court | .10 | |
| | D & E Reporting = $16.37 (Pd by LBP) | | $16.37 |

**TOTAL MOGLIA (Williams) HOURS** — 1.10 — **$55.00** *7 71.37*
**Total Moglia (Williams) Costs** — **$16.37**

Page 1 of 3

Williams Expenses013

01/10/25

DELTA AIR LINES                                        ATLANTA

DELTA AIR LINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| ATLANTA HARTSFIELD | CHICAGO O'HARE INT | DL | Z |
|  | ATLANTA HARTSFIELD | DL | I |

Ticket Number: 00622951587646                    Date of Departure: 01/29
Passenger Name: WOOTEN/NICHOLAS
Document Type: PASSENGER TICKET

Williams Expenses014

771458302606

4-798-54892

7965-7962-5

(01/21/2025) on Visa

02/05/2025

$57.58

$0.00

Closed

Williams v WF
24-7091

**Sender information**

Nick Wooten
Cheeley Law Group
2500 Old Milton Parkway
Suite 200
ALPHARETTA GA 30009
US

**Recipient information**

Chief Mag. Judge M. David Weisman
US Courthouse
Everett M. Dirksen Courthosue
Room 1318
CHICAGO IL 60604
US

Williams Expenses015

01/29/25

DELTA AIRLINES                                          ATLANTA                      18866.0

| From: | To: | Carrier: | Class: |
|-------|-----|----------|--------|
| ATLANTA HARTSFIELD | CHICAGO O'HARE INT | DL | 00 |
|  | ATLANTA HARTSFIELD | DL | 00 |

Ticket Number: 0062295158764          Date of Departure: 01/29
Passenger Name: WOOTEN/NICHOLAS
Document Type: ADDITIONAL COLLECTION

Williams Expenses016

| | Document Type: ADDITIONAL COLLECTION | | | |
|---|---|---|---|---|
| 01/29/25 | Uber Trip<br>PPMSDKUC 60603 | help.uber.com | CA | $98.29 ♦ |

Williams Expenses017

## Cathy Lane

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Tuesday, January 28, 2025 8:52 AM |
| **To:** | Linnea Pedelty; Cathy Lane; Robin Boggs |
| **Subject:** | Re: Moglia (Williams) v. Wells Fargo - Transcript of 01-08-2025 hearing before Judge Perry |
| **Attachments:** | 2025.01.27 Williams (Moglia) v. WF - Transcript 01-08-2025 Court Reporter AO44 Invoice 20250010.pdf |

24-7091

Robin and Cathy,

Here is the invoice for the transcript from the recent hearing in the Moglia (Williams) v. Wells Fargo case in Chicago. This is approved for payment as a case expense.

Thanks,

Nick



Cheeley Law Group, LLC

**Nick Wooten**
— Attorney
nick@cheeleylawgroup.com
Office: 770-814-7001
Fax: 678-559-0273
2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009

1

Williams Expenses018

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

### INVOICE 20250010

Nick H. Wooten
Cheeley Law Group, LLC
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
(770) 814-7001

**MAKE CHECKS PAYABLE TO:**

Perscribo Reporting, Inc.
219 South Dearborn
Room 1728
Chicago, IL 60604
(312) 518-3654
noreen@perscriboreporting.com
Tax ID: 16-1653383

| \_ CRIMINAL    X CIVIL | DATE ORDERED: 01-27-2025 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 1:24-cv-02241, Williams v Wells Fargo

Transcript of Poceedings before the HON. APRIL M. PERRY of January 8, 2025.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | 4.40 | | | 1.10 | | | 0.75 | | |
| 14-Day | | 5.10 | | | 1.10 | | | 0.75 | | |
| 7-Day | | 5.85 | | | 1.10 | | | 0.75 | | |
| 3-Day | | 6.55 | | | 1.30 | | | 0.90 | | |
| Next-Day | | 7.30 | | | 1.45 | | | 1.10 | | |
| 2-Hour | | 8.70 | | 22 | 1.45 | 31.90 | | 1.10 | | 31.90 |
| Realtime | | 3.70 | | | 2.55 | | | 1.80 | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 31.90 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 31.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Noreen Resendez | DATE: 01-27-2025 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

Williams Expenses019

3/6/25, 7:07 AM     IHG® One Rewards | Account Management

 IHG ONE REWARDS

NICHOLASHEATI ≡

Back to Stays and Events

# Hotel Bill



### Kimpton
Gray Hotel
122 W. Monroe Street
Chicago, Illinois 60603
United States

Hotel Front Desk: **Call Hotel**
Hotel Fax: **01-312-750-9031**
Email Address: talktous@grayhotelchicago.com

Nicholasheath Wooten
2500 Old Milton Parkway, Suite
Alpharetta, GA 30009
United States

Confirmation Number: 80555039
Room Number: 1213
Folio Number: 68968

Check-In Date: 01/29/2025
Check-Out Date: 01/30/2025

| Date / Description | AMOUNT (USD) |
|---|---|
| **01/30/2025** | -$480.31 |

Williams Expenses020

3/6/25, 7:07 AM

Case 18-16866    Doc 113-2    Filed 06/03/26    Entered 06/03/26 16:27:55    Desc Exhibit
Exhibit 2 - Ledger and Supporting Documents for Expenses    Page 21 of 59

IHG® One Rewards | Account Management

\*\*\*\*\*\*\*\*\*\*\*9600102111/29

| Date | Description | Amount |
|---|---|---|
| 01/29/2025 | *Accommodation | $384.12 |
| 01/29/2025 | State Occupancy Tax 11.9% | $45.71 |
| 01/29/2025 | City Occupancy Tax 4.5% | $17.29 |
| 01/29/2025 | County Occupancy Tax 1% | $3.84 |
| 01/29/2025 | Guest Amenity Fee | $25.00 |
| 01/29/2025 | Occupancy Tax 17.4% | $4.35 |

**Terms and Conditions**

The electronic version of your final hotel bill will be available within 24 hours of your check-out time. The bill will reflect any charges made through 11pm on your check-out date. Any adjustments after that time may not be shown. The hotel retains official records of all charges and credits to your account and will only honor those records. Most hotels are independently owned and/or operated.

Hotel bills will be available for up to 6 months following your stay. You will continue to receive a paper copy of your bill upon check-out.

**IHG** HOTELS & RESORTS

## Cathy Lane

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Thursday, March 6, 2025 7:49 AM |
| **To:** | Cathy Lane |
| **Subject:** | Additional receipts |
| **Attachments:** | 1000008040.jpg; 1000008031.jpg; 1000008001.jpg |
| | |
| **Categories:** | Green category |

Cathy,

These receipts should cover all the other charges you requested except for the $23.03 charge on 1/30 which was breakfast before the Williams v. Wells Fargo hearing. I'm having trouble finding that receipt.

Thanks,

Nick

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

1

Williams Expenses022



ParkATL (404) 530-6725    NEXT42

TICKET: 11597
ENTRY ON 01/29/25 AT 11:00
PAYE LE : 01/31/25 A 11:39
EQUIPMENT : 22 - TRANSACTION: 32531
AMOUNT USD 108.00 - VAT : 0% USD 0.00
      CARDHOLDER COPY
H-J ATLANTA INT'L AIRPORT
      PO BOX 20786
        Atlanta
        GA 30320
31/01/25              11:39
TRAN D99732          CREDIT
CARD          .............1021
AMERICAN EXPRESS
CONTACTLESS
PURCHASE
AID    A000000025010801
ARQC   D85F641E19C26E6D
AUTH CODE         887776
AMOUNT            $108.00
TOTAL             $108.00
Currency              USD
    No Cardholder
      verification
(00) APPROVED

  Your account will be
debited with the above
        amount
Please retain the copy
Thank you for parking
        with us.

Williams
V
WF

Williams Expenses023

IHG | ONE REWARDS

NICHOLASHEATI ☰

*Williams vs WF*
*24-7091*

Back to Stays and Events

# Hotel Bill

**Kimpton**
Gray Hotel
122 W. Monroe Street
Chicago, Illinois 60603
United States

Hotel Front Desk: **Call Hotel**
Hotel Fax: **01-312-750-9031**
Email Address: talktous@grayhotelchicago.com

Nicholasheath Wooten
2500 Old Milton Parkway, Suite
Alpharetta, GA 30009
United States

Confirmation Number: 61361572
Room Number: 325
Folio Number: 69065

Check-In Date: 01/30/2025
Check-Out Date: 01/31/2025

| Date / Description | AMOUNT (USD) |
|---|---|
| 01/31/2025 | -$530.96 |

Williams Expenses024

2/24/25, 6:26    Reward Account Management

************960016211/29

| 01/30/2025 Honor Bar | $5.00 |
| --- | --- |

| 01/30/2025 *Accommodation | $423.00 |
| --- | --- |

| 01/30/2025 State Occupancy Tax 11.9% | $50.34 |
| --- | --- |

| 01/30/2025 City Occupancy Tax 4.5% | $19.04 |
| --- | --- |

| 01/30/2025 County Occupancy Tax 1% | $4.23 |
| --- | --- |

| 01/30/2025 Guest Amenity Fee | $25.00 |
| --- | --- |

| 01/30/2025 Occupancy Tax 17.4% | $4.35 |
| --- | --- |

## Terms and Conditions

The electronic version of your final hotel bill will be available within 24 hours of your check-out time. The bill will reflect any charges made through 11pm on your check-out date. Any adjustments after that time may not be shown. The hotel retains official records of all charges and credits to your account and will only honor those records. Most hotels are independently owned and/or operated.

Hotel bills will be available for up to 6 months following your stay. You will continue to receive a paper copy of your bill upon check-out.

IHG HOTELS & RESORTS

Williams Expenses025

*the Village*

The Village
Italian Village Restaurants
71 W Monroe St
Chicago, IL 60603

Server: Abraham G
Check #80                          Table 28
Ordered:                    1/30/25 4:44 PM

1 Meatball Appetizer               $14.00
1 Beef Carpaccio                   $20.00
2 Iced Tea                          $8.00
1 Chicken Parmigiana               $29.00
1 Lasagne                          $27.00

Subtotal                           $98.00
Tax                                $11.77
Total                             $109.77

Credit Card                      Contactless
Amex                         xxxxxxxx1021
Time                              5:22 PM

Transaction Type                     Sale
Authorization                    Approved
Approval Code                      801328
Payment ID                 9rdCsMmmJNHn
Application ID        A000000025010801
Application Label     AMERICAN EXPRESS
Merchant ID                   063613152
Card Reader                        BBPOS

Amount                            $109.77

+ Tip:                              20⁰⁰

= Total:                          129.77

X _____
        VALUED CUSTOMER

Suggested Tip:
15%: (Tip $14.70  Total $124.47)
20%: (Tip $19.60  Total $129.37)
25%: (Tip $24.50  Total $134.27)
Tip percentages are based on the check
price before taxes.

Customer Copy

Join our e-mail list to hear about
upcoming events and offers
Email:_____

Ask us about our retail items or gift
cards!

GRAZIE MILLE!
Celebrating for 97 years
and counting!

Williams
v
WF

Williams Expenses026

## Cathy Lane

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Thursday, March 6, 2025 7:41 AM |
| **To:** | Cathy Lane |
| **Subject:** | Fw: [Business] Your Friday morning trip with Uber |

Cathy,

This is the receipt from Uber for the ride to the airport from the hotel in the Williams v. Wells Fargo case. Recall I was delayed leaving until the morning of 1/31 due to the length of the hearing on 1/30.

Thanks,

Nick

*102.35*
*20.47*
_____
*122.82*



Cheeley Law Group, LLC

**Nick Wooten**

— **Attorney**

nick@cheeleylawgroup.com

Office: 770-814-7001

Fax: 678-559-0273

2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009

1

Williams Expenses027

Date: Fri, Jan 31, 2025, 4:03 AM
Subject: [Business] Your Friday morning trip with Uber
To: <nick@nickwooten.com>

## Uber

Total $122.82
January 31, 2025

# Thanks for tipping, Nicholas

Here's your updated Friday morning ride receipt.



# Total                          $122.82

| | |
|---|---|
| Trip fare | $99.28 |
| Subtotal | $99.28 |
| Reservation Fee | $3.07 |
| Tip | $20.47 |

5

Williams Expenses028

## Payments

| | | |
|---|---|---|
| **AM EX** | **American Express ••••1021**<br>1/31/25 4:03 AM | $102.35 |
| **AM EX** | **American Express ••••1021**<br>1/31/25 4:03 AM | $20.47 |

Switch Payment Method

Download PDF

# You rode with Ajmal

4.98 ★ Rating

👤 Has passed a multi-step safety screen

Issued on behalf of Ajmal

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

**Black SUV**  17.67 miles | 22 min

■ 3:40 AM

6

Williams Expenses029

## Cathy Lane

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Thursday, March 6, 2025 6:56 AM |
| **To:** | Cathy Lane |
| **Subject:** | Re: Amex charges |
| | |
| **Categories:** | Green category |

The 1/31/25 refund would have been related to the (Moglia) Williams v. Wells Fargo case.

458⁹⁹ credit

Thanks,

Nick



 Cheeley Law Group, LLC

**Nick Wooten**

— Attorney

 nick@cheeleylawgroup.com

 Office: 770-814-7001

 Fax: 678-559-0273

 2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009

1

Williams Expenses030

| Date | Description | Hours |
|---|---|---|
| 01/13/2025 | TC with NHW re: settlement letter; format Settlement Letter, save to shared with RAP and NHW, email to both re: same | .50 |
| 01/13/2025 | Email TR, et al. re: settlement conf info | .20 |
| 01/15/2025 | Review, edit, finalize settlement letter; TCs with NHW re: same; coordinate overnighting letter to Judge Weisman; email settlement letter to OC and Judge Weisman | 3.50 |
| 01/15/2025 | Pull docs for settlement conf; email same to NHW | 1.50 |
| 01/21/2025 | TC with NHW re: BK estate | .75 |
| 01/23/2025 | *PACER BK ($1.20) LBP* | |
| 01/23/2025 | Email copy of Special Counsel Contingency K to RAP; emails to/from NHW re: DJC's liens; review pleadings filed in BK and District Court case, emails | 1.40 |
| 01/23/2025 | Review WF's settlement letter; email to NHW re: same | .25 |
| 01/24/2025 | Review and mark-up WF settlement letter, pull docs for rebuttal, comments on letter | .25 |
| 01/27/2025 | Request transcript from 01/08/2025 hearing before Judge Perry; forward same to NHW and RAP; forward invoice to NHW for payment request; review transcript | .25 |
| 01/29/2025 | TC with NHW re: settlement conference | .75 |
| | *PACER = $0.70* | |
| 01/30/2025 | Texts from RAP re: WF's position at the Settlement conference; text responding to RAP's question, email explanation and docs to NHW and RAP supporting that Andrea could afford loan mods in 2014-2016; response to further questions re: Andrea's expenses, student loans, etc.; email documentation to RAP re: same | 1.00 |

**TOTAL MOGLIA HOURS**   10.35   $517.50
**Total Moglia Costs**   $1.90

Williams Expenses031

| Date | Description | Hours |
|---|---|---|
| 01/08/2025 | Call with Andrea and Rusty re: today's hearing, status, upcoming dates | .25 |
| 01/09/2025 | TC with RAP re: case, settlement conference prep | .10 |
| 01/10/2025 | Review case for settlement conf prep; email to RAP and NHW re: same | 1.00 |
| | Review pending ND CA class actions vs. WF | .50 |
| 01/13/2025 | Review Magistrate's procedures for settlement conference, email to RAP re: same | .35 |
| | PACER = $16.10 | |
| 01/23/2025 | TC with RAP re: settlement conference | .30 |
| 01/24/2025 | TC with RAP re: WF's settlement letter; forward letter and exhibits to Andrea; left vm for Andrea to call me | .30 |
| | TCs with Andrea re: settlement conference and WF ltr — review in detail WF settlement letter | 2.75 |
| 01/27/2025 | TC with RAP re: upcoming settlement conference | .67 |
| 01/28/2025 | TC from Andrea re: upcoming settlement conference; notes to RAP re: same | 1.95 |
| **TOTAL WILLIAMS HOURS** | | **8.17** |
| *Total Williams Cost* | | |

$408.50
$16.10

Lennea
Peavley
Ck# 2835
2/5/25

> 424/60

Williams Expenses032

## Moglia v. Wells Fargo

| Date | Description | Hours | |
|---|---|---|---|
| 02/05/2025 | Review Magistrate's settlement recommendation; forward same to TR, per NHW | .10 | |
| 02/12/2025 | ME by Magistrate; update calendar | .10 | |
| 02/17/2025 | Emails from/to NHW re: draft Joint Status Report per Judge Weisman's Order; draft same; compare RFPs to Plaintiff and RFPs to Andrea; email to NHW | 4.00 | |
| 02/19/2025 | Edited draft JSR from NHW; email to NHW re: same; email JSR draft to OC | .60 | |
| 02/24/2025 | Review and compare WF's edits to JSR; email same to RAP and NHW; texts to NHW re: filing deadline | .65 | |
| | **TOTAL MOGLIA HOURS** | **5.45** | **$272.50** |

*CK# 2854 @ 285.00 2/26/2025*

## Williams, Andrea (Intervenor) v. Wells Fargo

| Date | Description | Hours | |
|---|---|---|---|
| 02/05/2025 | Emails/texts from/to RAP re: magistrate's settlement recommendation | .25 | |
| | **TOTAL WILLIAMS HOURS** | **.25** | **$12.50** |

Williams Expenses033

International Litigation
Services, LLC
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA





CK# 2865
2/27/25
@ # 71.40

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 17138
**DATE** 12/31/2024
**DUE DATE** 02/14/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/01/2024 | For services provided by ILS during the month of December 2024 | | | |
| 12/31/2024 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**   **$35.70**

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses034

International Litigation
Services, LLC
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA





*CK# 2865
2/27/25
@ $71.40*

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 17427
**DATE** 01/31/2025
**DUE DATE** 03/17/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/01/2025 | For services provided by ILS during the month of January 2025 | | | |
| 01/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**     **$35.70**

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses035

International Litigation
Services, LLC
17744 Sky Park Cir Ste 270
Irvine, CA 92614 USA



*CK# 2905*
*4/9/25*

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX 77007

**INVOICE #** 17705
**DATE** 02/28/2025
**DUE DATE** 04/14/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

*24-7091*

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/01/2025 | For services provided by ILS during the month of February 2025 | | | |
| 02/28/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE** **$35.70**

Williams Expenses036

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

*CHEELEY LAW GROUP, LLC OPERATING ACCOUNT*

2916

Linnea B. Pedelty

4/9/2025

| | |
|---|---|
| PNC - Brogan, Natalie v WF | 255.00 |
| Contech, Adama v WF | 75.00 |
| Hirschback v Bendix (Navistar) | 15.00 |
| Williams, Andrea v WF | 853.50 |
| Smith, Michael J & Rhonda v WF | 33.50 |
| Spillone, Vito & Michelle v WF | 33.50 |
| LBP's Pacer account | 0.60 |

Operating Acct - 6295   Pay Period 2.26.25 - 4.02.2025

1,266.10

*CHEELEY LAW GROUP, LLC OPERATING ACCOUNT*

2916

Linnea B. Pedelty

4/9/2025

| | |
|---|---|
| PNC - Brogan, Natalie v WF | 255.00 |
| Contech, Adama v WF | 75.00 |
| Hirschback v Bendix (Navistar) | 15.00 |
| Williams, Andrea v WF | 853.50 |
| Smith, Michael J & Rhonda v WF | 33.50 |
| Spillone, Vito & Michelle v WF | 33.50 |
| LBP's Pacer account | 0.60 |

Operating Acct - 6295   Pay Period 2.26.25 - 4.02.2025

1,266.10

PRODUCT SSLT104    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

Williams Expenses037

## Linnea B. Pedelty
**Certified Paralegal**
13407 Lochmoor Circle
Bellevue, NE 68123
(704) 472-3694

| CASE | | HOURS | AMOUNT BILLED |
|---|---|---|---|
| **Brogan, Natalie (Wells Fargo)** PNC | | | |
| 02/26/2025 | Email from/to Natalie Brogan re: status of WF response to RFI | .10 | |
| 03/03/2025 | TC with NHW re: potential case | .67 | |
| 03/24/2025 | Review docs produced by WF; update chronological Review and other docs from Natalie, FC/BK attorney; detailed email re: same to NHW | 4.33 | |
| | **TOTAL BROGAN** | **5.10** | **$255.00** |
| **Conteh, Adama J. (v. Wells Fargo)** 24-8620 | | | |
| 02/26/2025 | Detailed review Adama's answers to questions re: timeline of dealings with WF, income, etc.; compare with docs from WF – discrepancies with dates and info from Adama; forward Adama's answers to Steven Grace and NHW; detailed email to NHW | 1.50 | |
| | **TOTAL CONTEH HOURS** | **1.50** | **$75.00** |
| **Hirschbach v. Navistar, et al.** 24-0972 | | | |
| 03/07/2025 | Finalize and efile Joint Initial Status Report | .30 | |
| | **TOTAL HIRSCHBACH** | **.30** | **$15.00** |
| **Moglia v. Wells Fargo** 24-7091 | | | |
| 03/03/2025 | TC with NHW re: case | .67 | |
| 03/24/2025 | Review DJC"s letter and time estimates, compare entries with docket entries, my DB file, my timesheets | 1.00 | |
| | TC with NHW re: DJC's letter and time calculations | .75 | |
| | *PACER = $0.60 (BK Docket)* | | |
| 03/25/2025 | TC with RAP re: DJC's letter and time calculations | .40 | |
| | Prepare objections to time calculations; email same to NHW and RAP | 3.43 | |
| | TC with NHW re: DJC's letter and time calculations | 1.25 | |

Williams Expenses038

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/26/2025 | Conf. call with NHW and RAP re: DJC letter and time calculations | 1.82 | |
| | Revise objections to time calculations | 1.92 | |
| 03/27/2025 | TC with NHW and RAP (.33), work on drafting letter to DJC re: DJC Fee Dispute; finalize same (4.50) | 4.83 | |
| 03/27/2025 | Text to Andrea re: letter to DJC; email copy of letter to her | .20 | |
| 03/28/2025 | TC with Andrea re: status | .20 | |
| 03/31/2025 | TC with Andrea; TC with RAP; email to NHW and RAP re: JSR due 04/02/2025 by noon | .25 | |
| 04/01/2025 | TC with RAP re: JSR | .20 | |
| 04/02/2025 | Finalize and efile JSR | .15 | |
| | **TOTAL MOGLIA** | **17.07** | **$853.50** |

*Case Investigations:*

**Smith, Michael J. & Rhonda (v. Wells Fargo)**    *PNC*

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/03/2025 | TC with NHW re: potential case (declined) | .67 | |
| | **TOTAL SMITH** | **.67** | **$33.50** |

**Spillone, Vito & Michelle (v. Wells Fargo)**    *PNC.*

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/03/2025 | TC with NHW re: potential case (declined) | .67 | |
| | **TOTAL SPILLONE** | **.67** | **$33.50** |

**RECAP:**

**TOTAL HOURS 25.31 @ $50 = $1,265.50**

Costs (LBP's PACER account)    $0.60

**TOTAL COSTS = $0.60**

# TOTAL AMOUNT DUE 03/01/2025 – 04/04/2025 = $1,266.10

Thank you.

Williams Expenses039

International Litigation
Services, LLC
17744 Sky Park Cir Ste 270
Irvine, CA 92614 USA



CK# 2934
4/30/25

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX 77007

**INVOICE #** 17972
**DATE** 03/31/2025
**DUE DATE** 05/15/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

24-7091

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/01/2025 | For services provided by ILS during the month of March 2025 | | | |
| 03/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE** **$35.70**

Williams Expenses040

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

*CHEELEY LAW GROUP, LLC OPERATING ACCOUNT*

2945

Linnea B. Pedelty                                                   5/7/2025

| | |
|---|---|
| Hirschbach | 15.00 |
| Williams v WF | 487.15 |
| Richie v QC | 81.00 |
| PNC - Pacer Expenses | 851.30 |

Operating Acct - 6295   Pay Period - 4.7.25 - 5.25.25                    1,434.45

*CHEELEY LAW GROUP, LLC OPERATING ACCOUNT*

2945

Linnea B. Pedelty                                                   5/7/2025

| | |
|---|---|
| Hirschbach | 15.00 |
| Williams v WF | 487.15 |
| Richie v QC | 81.00 |
| PNC - Pacer Expenses | 851.30 |

Operating Acct - 6295   Pay Period - 4.7.25 - 5.25.25                    1,434.45

PRODUCT SSLT104   USE WITH 91663 ENVELOPE         Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

Williams Expenses041

# Linnea B. Pedelty
**Certified Paralegal**
13407 Lochmoor Circle
Bellevue, NE 68123
(704) 472-3694

| CASE | | HOURS | AMOUNT BILLED |
|---|---|---|---|
| **Hirschback v. Navistar** 24-0972 | | | |
| 04/10/2025 | Pull pleadings from Thakkar re: civil conspiracy, per NHW | .30 | |
| | **TOTAL HIRSCHBACK** | .30 | $15.00 |
| **Moglia v. Wells Fargo** 24-7091 | | | |
| 04/09/2025 | Emails with Court Reporter to order transcript of 04/03/2025 status hearing; pay for transcript online | .25 | |
| | *PAMELA WARREN, COURT REPORTER $24.65* | | |
| 04/09/2025 | Review 04/03/2025 transcript of status hearing | .25 | |
| 04/12/2025 | Review TR's position statement to Magistrate | .50 | |
| 04/13/2025 | Review TR's position statement to Magistrate; TC with NHW re: same; label exhibits | 1.00 | |
| 04/14/2025 | TC with RAP re: position statements | .25 | |
| 04/15/2025 | Review NHW's revisions to TR's position statement; pull and label additional exhibits, edit & relabel exhibits; search files re: mortgage servicing K pre-DJC, per NHW's email; emails to NHW re: position statement and K; review RAP's position letter to Magistrate; TC with NHW re: position statement; download and format draft for forwarding to Moglia and Springer with Exhibits | 4.40 | |
| 04/17/2025 | TC with RAP re: his edits; review, finalize position statement and bookmark exhibits; email same to NHW | 2.25 | |
| 04/17/2025 | Finalize and submit RAP's letter re: Williams' Response and Objections to DJC's fee claim | .25 | |
| 04/22/2025 | Email to RAP re: upcoming settlement conference | .10 | |
| | **TOTAL MOGLIA** *Costs – Court Reporter* | 9.25 | $462.50 *$24.65 |
| **Richie v. Quality Carriers** 24-8261 | | | |
| 04/22/2025 | Pull BK docs per NHW, review same; email and TC to NHW re: same | 1.00 | |
| | Prepare Local application to employ special counsel; | | |

Page 1 of 3

Williams Expenses042

**International Litigation
Services, LLC**
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA



# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 18288
**DATE** 04/30/2025
**DUE DATE** 06/14/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/01/2025 | For services provided by ILS during the month of April 2025 | | | |
| 04/30/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE** **$35.70**

*CK # 3000
6/18/2025*

3000

**CHEELEY LAW GROUP, LLC**
OPERATING ACCOUNT
5100 PEACHTREE PKWY, SUITE 200
PEACHTREE CORNERS, GA  30092
678 727-5509

PIEDMONT
BANK
NORCROSS, GA 30092
64-2085/611

6/18/2025

PAY TO THE
ORDER OF    International Litigation Services, LLC                          $ **35.70

Thirty-Five and 70/100******************************************************************************************    DOLLARS

International Litigation Services, LLC
17744 Sky Park Circle - Ste 270
Irvine, CA  92614



_Robin L. Boggs_
AUTHORIZED SIGNATURE

MEMO
Inv No:18288 - Williams v WF

⑈003000⑈ ⑈061120851⑈

| | | |
|---|---|---|
| *CHEELEY LAW GROUP, LLC OPERATING ACCOUNT* | | 3000 |
| International Litigation Services, LLC | | |
| Inv No:18288 - Williams v WF | 6/18/2025 | 35.70 |

| | |
|---|---|
| Operating Acct -  6295   Inv No:18288 - Williams v WF | 35.70 |

| | | |
|---|---|---|
| *CHEELEY LAW GROUP, LLC OPERATING ACCOUNT* | | 3000 |
| International Litigation Services, LLC | | |
| Inv No:18288 - Williams v WF | 6/18/2025 | 35.70 |

| | |
|---|---|
| Operating Acct -  6295   Inv No:18288 - Williams v WF | 35.70 |

PRODUCT SSLT104    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

<span style="color:red">Williams Expenses044</span>

**International Litigation
Services, LLC**
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA




*CH# 3007
6/25/25*

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 18599
**DATE** 05/31/2025
**DUE DATE** 07/15/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/01/2025 | For services provided by ILS during the month of May 2025 | | | |
| 05/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE** **$35.70**

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

<span style="color:red">Williams Expenses045</span>

## Linnea B. Pedelty
### Certified Paralegal
13407 Lochmoor Circle
Bellevue, NE 68123
(704) 472-3694

7/2/2025

| | | AMOUNT |
|---|---|---|
| CASE | HOURS | BILLED |

**MOGLIA v. WELLS FARGO**  24-7091

| Date | Description | Hours |
|---|---|---|
| 06/18/2025 | Review NHW's draft response to DJC's motion; edits and comments to same, review DJC's motion and memorandum; review dockets for references; email to NHW re: response and brief | 3.58 |
| 06/19/2025 | TC with NHW; review response and memo in opposition to DJC's motion | 1.12 |
| 06/20/2025 | Finish review and finalize response and memo in opposition to DJC's motion; email from/to NHW re: Alex's email re: response | 1.00 |
| | Efile TR's response/memo and exhibits | .20 |
| 06/23/2025 | Set up shared folder with Andrea re: requested DJC filings, communications; email to Andrea, cc to NHW and RAP re: same | 1.00 |
| 06/23/2025 | TC with Andrea re: status, issues she has with lack of progress in settlement; tried sharing DB file with docs after Andrea couldn't access shared Google folder; email specific docs to her while on phone with her | 3.33 |
| 06/24/2025 | Emails from/to NHW re: his email from Andrea; emails from/to Andrea re: additional court transcripts; review docket for settlement dates; email to court reporter re: same | 1.00 |
| 06/24/2025 | Order transcript for 03/06/2025 proceeding; court reporter confirmed that transcripts are not prepared for settlement conferences; email to Andrea re: same, with copy of 03/06/2025 transcript | .30 |
| | *Court Reporter (pd by LBP for 03/06/2025 transcript) = $15.95* | |
| 06/24/2025 | TC with NHW; TC to Andrea (no answer); review 04/03/2025 transcript with reference made by Andrea to NHW; text to Andrea requesting she call me re: student loans; TC with Andrea re: various pleadings, status | 2.00 |
| | *PACER (LBP acct) = $0.20* | |

| | | | |
|---|---|---|---|
| **TOTAL MOGLIA** | | 13.53 | **$676.50** |
| *Costs (PACER and Court Reporter)* | | | **$16.15** |

692.65

Williams Expenses046

**International Litigation Services, LLC**
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA





CK#3045
8/6/2025

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 18869
**DATE** 06/30/2025
**DUE DATE** 08/14/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/01/2025 | For services provided by ILS during the month of June 2025 | | | |
| 06/30/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.67 | 6.00 | 34.02 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE** **$34.02**

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually)

<span style="color:red">Williams Expenses047</span>

International Litigation
Services, LLC
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA



*CK# 3067*
*8/20/25*

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 19151
**DATE** 07/31/2025
**DUE DATE** 09/14/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/01/2025 | For services provided by ILS during the month of July 2025 | | | |
| 07/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**                                            **$35.70**

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses048

CRH 3102
9/24/2025

**International Litigation
Services, LLC**
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA



# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 19439
**DATE** 08/31/2025
**DUE DATE** 10/15/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/01/2025 | For services provided by ILS during the month of August 2025 | | | |
| 08/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**          **$35.70**

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually)

Williams Expenses049

**Linnea B. Pedelty**
**Certified Paralegal**
13407 Lochmoor Circle
Bellevue, NE 68123
(704) 472-3694

*CK# 3119*
*10/9/2025*

| CASE | | HOURS | AMOUNT BILLED |
|---|---|---|---|

**MOGLIA (Williams) (v. Wells Fargo)** *24-7091*

| Date | Description | Hours | |
|---|---|---|---|
| 09/01/2025 | Review/edit draft of Pl's Opposition to DJC's Rule 59 or 60 motion to alter or amend judgment; email revised opposition to NHW | 1.00 | |
| 09/19/2025 | Review and revise Motion; research re: same; TC with RAP; email revised Motion to RAP and NHW; texts and emails with NHW re: same | 3.00 | |
| 09/20-09/21/2025 | Texts with NHW re: status contacting Andrea re: motion, in response to Andrea's emails requesting copy of "filed" motion | .25 | |
| 09/22/2025 | Revise and finalize motion; TC with RAP; prepare NOM; TC with NHW; copy to RAP; efile same; copy to Andrea | 2.00 | |
| 09/24/2025 | Emails/texts with RAP and NHW re: withdrawal of motion to advance settlement; draft notice of withdrawal; email same to RAP; efile same | 1.40 | |
| 09/24/2025 | Draft JSR per NHW; email same to NHW | .50 | |
| 09/29/2025 | Add Williams' position to JSR; TC with NHW; send research to NHW | 1.00 | |
| **TOTAL MOGLIA** | | **9.15** | **$457.50** ✔ |

4

Williams Expenses050

CK# 3150
11/5/2025

**Linnea B. Pedelty**
Certified Paralegal
13407 Lochmoor Circle
Bellevue, NE 68123
(704) 472-3694

| CASE | HOURS | AMOUNT BILLED |
|---|---|---|
| **MOGLIA (Williams) (v. Wells Fargo)** | | |
| 10/22/2025    Prepare and efile RAP's NOA for ADW | .25 | |
| 10/22/2025    Per NHW, compare and redline SAR; email same to NHW | .50 | |
| 10/24/2025    Draft updated JSR for completion by parties, email same to NHW and RAP (due 10/28/2025) | .30 | |
| **TOTAL MOGLIA** | **1.05** | **$52.50** |

Williams Expenses051

*CHEELEY LAW GROUP, LLC OPERATING ACCOUNT*                                    3210

Linnea B. Pedelty                                          12/17/2025

Williams v WF                                                292.20
Gary, Vera - PNC                                           1,036.00

Operating Acct - 6295   Pay Period:11.03.2025 - 12.16.2025                    1,328.20

*CHEELEY LAW GROUP, LLC OPERATING ACCOUNT*                                    3210

Linnea B. Pedelty                                          12/17/2025

Williams v WF                                                292.20
Gary, Vera - PNC                                           1,036.00

Operating Acct - 6295   Pay Period:11.03.2025 - 12.16.2025                    1,328.20

PRODUCT SSLT104    USE WITH 91663 ENVELOPE          Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

Williams Expenses052

**Cathy Lane**

| | |
|---|---|
| **From:** | Nick Wooten |
| **Sent:** | Tuesday, December 16, 2025 7:51 PM |
| **To:** | Cathy Lane |
| **Cc:** | Linnea Pedelty |
| **Subject:** | Invoice |
| **Attachments:** | Timesheet 12-16-2025 - CLG.pdf |

Cathy,

Linn's attached invoice is approved for payment. If we can get it out for this month, that would be great for Linn.

Thanks,

Nick



Cheeley Law Group, LLC

**Nick Wooten**
— Attorney
nick@cheeleylawgroup.com
Office: 770-814-7001
Fax: 678-559-0273
2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009

1

Williams Expenses053

# Linnea B. Pedelty
### Certified Paralegal
13407 Lochmoor Circle
Bellevue, NE 68123
(704) 472-3694

| CASE | | HOURS | AMOUNT BILLED |
|---|---|---|---|
| **MOGLIA (Williams) (v. Wells Fargo)** | | | |
| 11/05/2025 | TC with NHW re: SAR, statement of TR's position; draft statement; redline WF's latest SAR; email same to NHW; research re: appeals from ND IL BK to COA; email to NHW re: same | 4.30 | |
| 11/07/2025 | Review TR's Statement, add COS | .50 | |
| 11/18/2025 | Review WF's Response to TR's Statement; notes to NHW re: same | .50 | |
| 12/05/2025 | Lookup pending litigation vs. WF in NDCA  Costs (PACER – LBP) = $14.70 | N/C | $14.70 |
| 12/08/2025 | Compare WF's amended supplemental brief with original; check docket for NDCA pending litigation vs. WF; email comparison to NHW and RAP; email to NHW re: tomorrow's hearing | .25 | |
| | **TOTAL MOGLIA** | **5.55** | **$277.50** |
| **Gary, Vera (Silva/Gentes referral) (_Investigation_)** | | | |
| 12/02/2025 | Email from NHW; lookup Vera Gary; TC with Ms. Gary; emails to NHW and JG | 3.63 | |
| 12/03/2025 | Review file from JG (from Sarah); organize and label all docs | 5.00 | |
| 12/04/2025 | Investigate property preservation companies and individual | 2.00 | |
| 12/08/2025 | Emails from Vera; review docs from Vera; email to Sarah Poriss | .50 | |
| 12/15/2025 | Review additional docs from Vera; TC with Vera re: reason for nonpayment since 03/2020, additional documents, info needed; prepare chronological review | 6.67 | |
| 12/16/2025 | Pull FC pleadings from Hartford County docket; TC with NHW re: status of investigation; emails from/ to Sarah re: her file notes; pull CT SOS docs re: property preservation companies | 2.92 | |
| | **TOTAL GARY** | **20.72** | **$1,036.00** |

Page 1 of 2

Williams Expenses054

**RECAP:**

**TOTAL HOURS 26.27 @ $50 = $1,313.50**

*PACER Costs = $14.70*

**TOTAL COSTS = $14.70**

**TOTAL AMOUNT DUE 11/03/2025 – 12/16/2025 = $1,328.20**

Thank you.

Williams Expenses055

International Litigation
Services, LLC
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA



*CK# 3212*
*12/17/2025*

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 19724
**DATE** 09/30/2025
**DUE DATE** 11/14/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/01/2025 | For services provided by ILS during the month of September 2025 | | | |
| 09/30/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

BALANCE DUE **$35.70**

Pay invoice

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses056

**International Litigation Services, LLC**
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA

C K# 3212
12/17/2025



# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 20331
**DATE** 11/30/2025
**DUE DATE** 01/14/2026

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/01/2025 | For services provided by ILS during the month of November 2025 | | | |
| 11/30/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**          **$35.70**

Pay invoice

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses057

**International Litigation
Services, LLC**
17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA



*Ck# 3212
12/17/2025*

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 20015
**DATE** 10/31/2025
**DUE DATE** 12/15/2025

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/01/2025 | For services provided by ILS during the month of October 2025 | | | |
| 10/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.67 | 6.00 | 34.02 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**      **$34.02**

Pay invoice

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses058

**International Litigation Services, LLC**

17744 Sky Park Cir Ste 270
Irvine, CA  92614 USA





CK# 3235
1/14/26

# INVOICE

**BILL TO**
DC Law, PLLC
1012 W. Anderson Lane,
Houston, TX  77007

**INVOICE #** 20642
**DATE** 12/31/2025
**DUE DATE** 02/14/2026

| REFERENCE | CONTACT NAME | LITIGATION CONSULTANT |
|---|---|---|
| Andrea Williams v. Wells Fargo | Nick Wooten | Tony Chu |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/01/2025 | For services provided by ILS during the month of December 2025 | | | |
| 12/31/2025 | Monthly Data Hosting - REVEAL Platform billed at $6/GB | 5.95 | 6.00 | 35.70 |

Please make checks payable to:
International Litigation Services

**BALANCE DUE**                    **$35.70**

Pay invoice

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually

Williams Expenses059