**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE: )
) Chapter: 7
ANDREA D. WILLIAMS, )
) Case No: 18-16866
)
Debtor. ) Judge: Daniel R. Fine

**RESPONSE TO NOTICE OF OBJECTION FILED BY DJC LAW**

COMES NOW, the undersigned attorney, Nicholas Wooten, Special Counsel to the Chapter 7 Trustee, Alex Moglia, (hereinafter "Wooten") in the above-styled case and responds to the notice of objection filed by DJC Law at Docket 121 as follows:

1. DJC has filed a notice of objection to the Special Counsel's application for compensation at Docket 121.

2. DJC's objection does not include an ECF document but is rather the "check the box" version of an objection to the motion for compensation under §330.

3. DJC provides no grounds for its objection. DJC does not explain factually or legally the basis of its objection. There is nothing substantive to which Special Counsel can reply.

4. This objection follows DJC's continuing pattern of interference with the administration of this case to the detriment of the Debtor, the Chapter 7 Trustee, and the Court's own valuable time.

5. Special Counsel requests the Court either deny DJC's objection outright or enter a briefing schedule requiring DJC to brief its objection citing any facts or law that provides DJC with grounds to object no later than June 17, 2026. Further, special counsel should be allowed until June 24, 2026, for a response.

6. Without the Court's active intervention, DJC will further delay and impede the administration of this estate while having no standing to object and no pecuniary interest in this motion. See *Peoples v. Radloff (In re Peoples)*, 764 F.3d 817, 820 (8th Cir. 2014) limiting bankruptcy standing to persons with a financial stake in the court's order.

7. DJC also has no stake in this Court's order because DJC is not an employed professional under §327 and is therefore not eligible for compensation from the estate under §330. See *In re Walsh*, 538 B.R. 466, 472 (Bankr. N.D. Ill. 2015).

8.     Because of DJC's lack of employment and lack of right to compensation from the estate, DJC has no standing to contest Special Counsel's motion.

9.     Even if DJC has standing, DJC should not be allowed to drag out the expeditious administration of this case with baseless objections to every motion filed.

10.     For the foregoing reasons, special counsel moves the Court to either deny DJC's unfounded objection outright or enter a briefing schedule requiring the submission of a well-reasoned brief explaining DJC's standing to object and its factual and legal basis for its objection by June 17, 2026.

11.     If the Court orders DJC to brief its position, special counsel requests the opportunity to respond by June 24, 2026. This schedule will preserve the current noticed hearing date of June 30, 2026.

12.     Special Counsel has submitted two proposed orders for the Court's consideration with this filing. One denying the objection out of hand and the other entering a briefing schedule.

WHEREFORE, Special Counsel for the Trustee prays of the Court as follows:

A.     That the Court either deny DJC's objection outright, or;

B.     That the Court enter a briefing schedule that allows the motion to proceed to hearing as is currently noticed and scheduled for June 30, 2026;

C.     That the Court grant any other relief the Court may deem just and proper under the circumstances.

Dated this 10th day of June 2026.     Respectfully submitted,

*/s/ Nick Wooten*

Nick Wooten
NICK WOOTEN LLC
3125 CARLTON ROAD
CUMMING, GA. 30041
833-937-6389
nick@nickwooten.com

*Special Counsel for Alex Moglia, not individually but as Chapter 7 Trustee for the Bankruptcy Estate of Andrea Williams*

## CERTIFICATE OF SERVICE

I, Nick Wooten, an attorney, certify that I served a copy of the foregoing document on each party shown on the attached Service List by the method shown thereon on June 10, 2026.

*/s/ Nick Wooten*

Special Counsel for the Trustee

## SERVICE LIST

*ECF Service:*

Adam G. Brief
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604
*Counsel for the U.S. Trustee*

Alex D. Moglia, Trustee
Moglia Advisors
1325 Remington Rd., Ste. H
Schaumburg, IL 60173

Thomas E. Springer
Springer Larsen, LLC
300 South County Farm Road, Suite G
Wheaton, IL 60187
*Counsel for Trustee Alex D. Moglia*

Carrie V. Hardman
Winston Taylor
200 Park Avenue
New York, NY 10166
*Counsel for Wells Fargo Bank, N.A.*

Rusty A. Payton
Payton Legal Group, LLC
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
*Counsel for the Debtor*

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC

10075 West Lincoln Highway
Frankfort, IL 60423
*Counsel for the Debtor*
Gregory K. Stern
Dennis E. Quaid
Monica O'Brien
Rachel S. Sandler
Gregory K. Stern, P.C.
53 West Jackson, Suite 1442
Chicago, IL 60604
*Counsel for DJC Law, PLLC*

All creditors on the matrix

***Via email service upon the following***:

Andrea D. Williams, Debtor