**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                    )
                                          )        Chapter:     7
ANDREA D. WILLIAMS,              )
                                          )        Case No:     18-16866
                                          )
            Debtor.                )        Judge:     Daniel R. Fine

**[PROPOSED] ORDER DENYING OBJECTION TO
SPECIAL COUNSEL'S MOTION UNDER §330**

Before the Court is Docket entry 121, the objection of DJC to the motion of Nicholas Wooten,

the Chapter 7 Trustee's Special Counsel, for compensation under §330 of the Code along with the

response to the DJC objection filed by the Trustee's special counsel. For the reasons stated in the

Trustee's response to the objection, DJC's objection is overruled. DJC has no standing to object to

the motion for compensation and DJC has no pecuniary interest in the motion.

Done and Ordered this _____ day of _____ 2026.

_____
BANKRUPTCY JUDGE