**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                          )
                                                )          Chapter:      7
ANDREA D. WILLIAMS,              )
                                                )          Case No:     18-16866
                                                )
                        Debtor.             )          Judge:       Daniel R. Fine

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE**

Before the Court is Docket entry 121, the objection of DJC to the motion of Nicholas Wooten, the Chapter 7 Trustee's Special Counsel, for compensation under §330 of the Code along with the response to the DJC objection filed by the Trustee's special counsel requesting the entry of a briefing schedule. DJC is ordered to file a written objection with a brief that explains factually and legally why DJC has standing to object, the grounds for its objection, and the authority that entitles DJC to relief on or before June 17, 2026. Special Counsel to the Trustee may respond on or before June 24, 2026. The underlying motion remains noticed and scheduled for hearing on June 30, 2026.

Done and Ordered this _____ day of _____ 2026.

_____
BANKRUPTCY JUDGE