# EXHIBIT A

Departure Letter of Nicholas Wooten to DJC Law, PLLC,

dated October 5, 2024

*In re Andrea D. Williams, Case No. 18-16866 (Bankr. N.D. Ill.)*



BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 5, 2024

**Via email only to:** danjchristensen@gmail.com

**Dan Christensen, Owner**
**DJC Law, PLLC**
**Austin, Texas 78757**

  Re:  ***Letter Regarding My Departure***

Dan,

  Thank you again for taking time to talk with me yesterday regarding my impending departure from the Firm. Again, I am grateful for the opportunity. I appreciate our friendship. I am sorry that this was not as fruitful as we had hoped. Based on our conversation, I wanted to write out my proposal for the separation and identify the cases that I think need our attention so that our clients can be served and their case faithfully pursued.

  To that end, I have attached a spreadsheet to this letter which I think sets out the scenario and addresses the inventory of cases that I am working on today. Again, my goal in this proposal is to come up with a way to create a clean separation for everyone with a clear understanding of who will be responsible for which cases. This is not offered as any sort of ultimatum. Rather, I am setting this out with the hope that it is received as being fair to all involved and, where we have disagreements, provides a framework to resolve them quickly and easily. My hope is that this process can be completed quickly and efficiently for everyone's sake. I believe this offer represents a win-win scenario for all involved and provides a framework for continued good relations. Please reach out to discuss any issues or concerns.

  Once we have agreed on how to handle the client matters, I will require the Firm's assistance in gaining control over my e-filing account for the State of Texas matters, having adequate access to FV to get complete file copies, and maintaining access to my email long enough to ensure that I do not lose access to any client or professional association information, and to ensure proper withdrawal from any matters that I am relinquishing back to the Firm in State or Federal Courts around the country.

      Sincerely,

      *Nick Wooten*

      Attorney at Law