# EXHIBIT B

Email from Dan Christensen Confirming Removal of the
Fee-Split "Divorce Clause," dated May 31, 2024

*In re Andrea D. Williams, Case No. 18-16866 (Bankr. N.D. Ill.)*

 Outlook

---

**New Attorney Employment Letters**

---

**From** Dan <Dan@medstarfunding.com>

**Date** Fri 5/31/2024 10:18 AM

**To** Attorney's M365 Group <attorneygroup@texasjustice.com>

**Cc** Andrea Virgin <andrea@teamjustice.com>; Steve Turner <Steve@teamjustice.com>

Today, we will send y'all new employment letters and a shiny new Employee Handbook.  You will see that, unless your job changed like Dave and Mark's, the structure and amount of your compensation does not change.  So, no worries.  The changes to the letter are meant to simply, standardize and shorten.  The only real substantive change is the "divorce clause" where we set out how the fees would be split if the attorney left the firm for whatever reason.  We have just removed that and allowed Texas law to control.  That is, clients always have the option to move to the lawyer leaving the firm, but the firm can maintain a lien for its fees and expenses.  While the provision was originally done with all the right intentions, trying to "pre-negotiate" the situation didn't work, so we will just let Texas law control.

When you get your letter, pls review it and make sure there are no mistakes.  We are not perfect. If you have questions, let your managing lawyer know.  Hope y'all have a great weekend.

Dan